25104

# IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND
## CIVIL DIVISION

**Six Rivers, LLC**
c/o: Tax Lien Law Group, LLP
27 North Wacker Drive #503
Chicago, Illinois 60606
Attorneys for Plaintiff

**Plaintiff,**

V.

**Perry Tyrone Jones**
3425 Gennene Ln
Fort Washington, MD 20744

2400 Old Fort Hills Dr
Fort Washington, MD 20744

**Deon D. Jones, Personal Representative of the Estate of Rose E. Jones, Owner**
3425 Gennene Ln
Fort Washington, MD 20744

1417 4th St
Glenarden, MD 20706

**Standard Federal Savings and Loan Association, Mortgagee**
5300 Westview Drive
Frederick, MD 21701

Serve: c/o Synovus Bank successor by merger or acquistion to The National Bank of South Carolina successor by merger or acquistion to Standard Federal Savings and Loan Association
1111 Bay Avenue
Columbus, GA 31901

**Allan Lang, Trustee**
Serve: c/o Synovus Bank successor by merger or acquistion to The National Bank of South Carolina successor by merger or acquistion to Standard Federal Savings and Loan Association
1111 Bay Avenue
Columbus, GA 31901

**Case No.** CAE14-31573

Clerk of the Circuit Court
2014 NOV 17 PM 1:38
PR GEO CO MD #8

Tax Lien Law Group, LLP
27 North Wacker Drive #503
Chicago, Illinois 60606
Ph: (800) 689-5203
Fax: (240) 238-9241
www.tllgrp.com

25104

**Marvin R. Lang, Trustee**
Serve: c/o Synovus Bank successor by merger or acquistion to The National Bank of South Carolina successor by merger or acquistion to Standard Federal Savings and Loan Association
1111 Bay Avenue
Columbus, GA 31901

**United States of America, Judgment Lien Holder**
Serve: Rod J. Rosenstein, U.S. Attorney's Office
36 S. Charles Street, 4th Floor
Baltimore, MD 21201

Serve: Ronald C. Machen, Jr., U.S. Attorney's Office
555 4th Street, NW
Washington, DC 20530

and

**Prince George's County, Office of Finance**
Serve: Gail D. Francis, Director
14741 Governor Oden Bowie Drive
Room 3200
Upper Marlboro, MD 20772

**Prince George's County, Maryland**
(for Maryland Annotated Code 14-836(b)(1)(v) purposes only)
Serve: M. Andree Green, County Attorney
14741 Governor Oden Bowie Drive
Room 5121
Upper Marlboro, MD 20772-3050

and

All unknown owners of the Property described below, their heirs, devisees, personal representatives, and executors, administrators grantees, assigns or successors in right, title, interest, and any and all persons having or claiming to have any leasehold or any other interest in the Property and premises situate, described as:

Tax Lien Law Group, LLP
27 North Wacker Drive #503
Chicago, Illinois 60606
Ph: (800) 689-5203
Fax: (240) 238-9241
www.tllgrp.com

25104

| | |
|---|---|
| Account No: 09-0891226;<br>known as 3425 Gennene Ln;<br>address of 3425 Gennene Ln, Fort Washington, MD 20744.<br><br>Defendants. | |

**COMPLAINT TO FORECLOSE RIGHTS OF REDEMPTION IN PROPERTY SOLD AT TAX SALE, FOR ISSUANCE OF A DEED, AND FOR POSSESSION OF THE PREMISES**

The Plaintiff, **Six Rivers, LLC**, by and through the undersigned, respectfully represents unto this Honorable Court the following:

1. That on May, 12, 2014, the Treasurer and/or Director of the Office of Finance and Collector of State and County Taxes for Prince George's County, Maryland, sold by issuance of a Certificate of Tax Sale at public auction, the herein described Property, in fee simple, in conformity with the authority conferred by Chapter 761 of the Acts of the General Assembly of Maryland 1943, Maryland Code §14-801, *et seq.* and §14-501, *et seq.* of the Maryland Rules of Procedure, and by the Acts amendatory thereof.

2. That the description of the Property in substantially the same form as the description appearing on the Treasurer's and/or Director's tax roll and Deed hereinafter referred to are described as follows, in accordance with Maryland Rule §14-502 (a)(2):

   **Account No: 09-0891226;**
   **known as 3425 Gennene Ln;**
   **address of 3425 Gennene Ln, Fort Washington, MD 20744.**

3. That the description of the property which appears in the Land Records for Prince George's County Maryland, in compliance with Maryland, Tax Property §14-835(a)(2) is:

   **All that piece or parcel of land, together with all the improvements, rights, privileges and appurtenances to the same belonging, situated in the 9th District of Prince George's County Maryland, and described as follows, to wit: BEING KNOWN AND DESIGNATED as Lot No. 390, as shown on the Plat entitled "Lots 373 through 395, Sollar's Resubdivision of Part of Lots 7 and 8 and Lots 358, 364, 365, 366 and 367, OakLawn Subdivision", recorded among the Land Records of Prince George's County, Maryland in Plat Book NLP No. 143 at plat 22. IMPROVEMENTS BEING KNOWN AS: 3425 Gennene Lane, Fort Washington, Maryland 20744.**

Tax Lien Law Group, LLP
27 North Wacker Drive #503
Chicago, Illinois 60606
Ph: (800) 689-5203
Fax: (240) 238-9241
www.tllgrp.com

4. That a photocopy of the original Prince George's County Certificate of Tax Sale that forms the basis of this Complaint is attached hereto as Exhibit "A" and by reference is incorporated herein.
5. That the Plaintiff is the owner of the Certificate of Tax Sale referenced above, either by direct purchase at the above-noted tax sale, or by virtue of assignment.
6. That prior to the institution of these proceedings the Plaintiff fully complied with all noticing requirements set forth in §14-833 of the Maryland Code.
7. That a search and examination of the Land Records of Prince George's County and Records of the Register of Wills for Prince George's County and of the Circuit Court for Prince George's County has been made for more than forty years last past and said search revealed that the fee simple title or other legal interest to said Property was vested in Defendants at the time of the aforementioned Tax Sale, as shown in the Title Abstract – Information Sheet and related title documents and research (attached hereto as Exhibit B) and Attorneys' Affidavit of Title Search (attached hereto as Exhibit C), filed herewith and made a part hereof, in accordance with Maryland Rule 14-502 (b) (2) and Maryland Code §14-838;
8. That Defendants are the title owner of record of the Property, or are parties having a recorded interest in the Property and are required to be named or who have been named to provide actual notice of the proceeding, as Defendants in accordance with Maryland Code §14-836 and §14-837; and Prince George's County, has been named as the statutory authority charged by law to collect taxes.
9. That in order to redeem the Property described herein, there is now due and owing to Plaintiff on said Certificate the sum of **$5,015.39** (exclusive of interest, filing and publication fees, service fees, legal fees and actual disbursements and costs, and bid premium) which was the original amount due for unpaid taxes and costs, and, <u>in addition</u> thereto,
   (a) interest thereon at the statutory rate of 12% per annum (one percent (1%) per month or any fraction of a month) from the date of sale to the date of redemption;
   (b) all taxes, interest, penalties paid by the Plaintiff, or his predecessor in interest in the case of assignment;
   (c) court costs and attorney's fees; and
   (d) all other expenses and costs incurred by the Plaintiff, the holder or assignee of the Certificate of Tax Sale, or his predecessor in interest in the case of assignment, as properly allowed by Maryland Code, including, but not limited to, §14-808, §14-828, §14-830, and §14-843.

Tax Lien Law Group, LLP
27 North Wacker Drive #503
Chicago, Illinois 60606
Ph: (800) 689-5203
Fax: (240) 238-9241
www.tllgrp.com

25104

10. That Notice of the institution of these proceedings along with this Complaint and all exhibits thereto have been sent by certified mail to the Director of Finance and/or Collector of Taxes for Prince George's County, Maryland in accordance with Maryland Rule §14-503(d).
11. That this proceeding to foreclose the right of redemption is brought within two (2) years from the date of the issuance of the aforesaid Certificate of Tax Sale, and although more than six (6) months from the date of sale of said Property has transpired, the Property has not been redeemed by any party in interest.
12. That prior to the institution of these proceedings, Plaintiff, Six Rivers, LLC, fully complied with all noticing requirements set forth in §14-833 of the Maryland Code.
13. That pursuant to Chapter 761 of the Acts of the General Assembly of Maryland 1943, Maryland Code §14-801, *et seq.* and Maryland Rules §14-501, *et seq.* and by the Acts amendatory thereof, the Plaintiff is entitled to the amount due on said Tax Lien Certificate, or in default of payment thereof,
    - (a) to having Defendants and all persons claiming by, through or under them debarred and foreclosed of and from all equity and right of redemption on or to the Property described in the Tax Lien Certificate;
    - (b) to be vested with a Deed in fee simple absolute in and to the Property; and
    - (c) to possession of the Property after issuance of such Deed.

**WHEREFORE,** FOR THE REASONS STATED ABOVE, Plaintiff prays:

A. **THAT**, this Court issue Writs of Summons to all Defendants at their residences, home address, or places of business as listed herein, and to all other persons having or claiming to have an interest in the Property described herein, commanding them to appear in Court on some day certain to be named therein and answer this Complaint or redeem the Property, and abide by and perform such judgments or orders as may be entered herein, and warning the Defendants that in case of failure to do so, a final judgment will be entered foreclosing all rights of redemption in and as to the aforesaid Property;

B. **THAT**, this Court enter an Order of Publication (a proposed copy of which accompanies the filing of this Complaint) giving notice to the Defendants and all unknown owners of the Property, their heirs, devisees, personal representatives, and executors, administrators, grantees, assigns or successors in right, title, interest, and any and all other persons having or claiming to have any interest in the leasehold or fee simple in the Property and premises situate, herein described, which same be the object and substance of this Complaint, and warning them to be and appear in this Court in person or via counsel on

Tax Lien Law Group, LLP
27 North Wacker Drive #503
Chicago, Illinois 60606
Ph: (800) 689-5203
Fax: (240) 238-9241
www.tllgrp.com

25104

or before the day mentioned therein and to show cause, if any, they may have as to why a judgment should not be passed or prayed;

C. **THAT**, this Court permit the Plaintiff to initiate a private process server to post a Notice on the Property described herein (a proposed copy of which accompanies the filing of this Complaint) giving notice to the Defendants and all unknown owners of the Property, their heirs, devisees, personal representatives, and executors, administrators, grantees, assigns or successors in right, title, interest, and any and all other persons having or claiming to have any interest in the leasehold of fee simple in the Property and premises situate, herein described, which same be the object and substance of this Complaint, and warning them to appear in this Court in person or via counsel on or before the day mentioned therein and to show cause if any they may have why a judgment should not be passed or prayed;

D. **THAT**, this Court issue a Notice To Interested Parties Of Action To Foreclose The Right Of Redemption In Property Sold At Tax Sale, as required under Maryland Rule 14-502 (b) (3), 14-504, and Tax-Property Article §14-836(b) in the form appended hereto .

E. **THAT**, this Court enter an Order fixing the amount due on said Tax Lien Certificate, as set forth in Paragraphs No. 8 (a) through (d), *supra*, and directing that the Plaintiff be paid that amount by a date certain to be established by this Honorable Court for those purposes, ***or in default thereof,***

F. **THAT**, this Court enter a Final Judgment:

(1) foreclosing all rights and equity of redemption of the Defendants and of all persons having or claiming to have any interest in and to the Property herein described;

(2) vesting the Plaintiff with an absolute and indefeasible title, in fee simple, in and to the Property herein described and referred to, and barring all rights of redemption, and foreclosing all prior or subsequent alienations and descents of the said Property herein described and all encumbrances thereon, except public easements to which the said Property are subject, taxes assessed and other municipal liens levied subsequent to the date of the tax sale; and

(3) directing the issuance of a Deed in fee simple absolute to the Plaintiff, and further directing the Defendants and all persons claiming by, through or under them to deliver up to the Plaintiff the possession of the Property, together with all deeds, papers, and writings in their custody and power relating to or concerning the Property or any part thereof;

Tax Lien Law Group, LLP
27 North Wacker Drive #503
Chicago, Illinois 60606
Ph: (800) 689-5203
Fax: (240) 238-9241
www.tllgrp.com

25104

(4) directing the Clerk of the Court to issue a Writ of Possession to the Plaintiff in compliance with MD Rule 2-647 and MD Code Tax-Property §14-850.

G. **THAT**, the Plaintiff be awarded attorney's fees and costs pursuant to Maryland Code §14-808, §14-828, §14-830, and §14-843 in seeking such enforcement, and may have such other and further relief as the nature of this case may require.

Tax Lien Law Group, LLP
27 North Wacker Drive #503
Chicago, Illinois 60606
Ph: (800) 689-5203
Fax: (240) 238-9241
www.tllgrp.com

25104

**CERTIFICATE BY SIGNING ATTORNEY WITH OUT-OF-STATE OFFICE**

I hereby certify that Gregory J. Carroll is a member in good standing of the Maryland Bar and is currently licensed to practice law in the State of Maryland.

Gregory J. Carroll, Esquire
**TAX LIEN LAW GROUP, LLP**

**Respectfully submitted,**

Dated: November 17, 2014

Gregory J. Carroll, Esquire
**TAX LIEN LAW GROUP, LLP**
27 North Wacker Drive #503
Chicago, Illinois 60606
Ph: (800) 689-5203
Fax: (240) 238-9241
Direct: gcarroll@tllgrp.com
Web: www.tllgrp.com
**ATTORNEYS FOR PLAINTIFF**

**YOU ARE ADVISED THAT THIS FIRM IS ATTEMPTING TO COLLECT THIS DEBT AND THAT ANY INFORMATION OBTAINED WILL BE USED SOLELY FOR THAT PURPOSE. UNLESS, WITHIN THIRTY (30) DAYS AFTER RECEIPT OF THIS NOTICE, YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, WE WILL ASSUME THE DEBT TO BE VALID. IF YOU NOTIFY US IN WRITING WITHIN THIRTY (30) DAYS THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, WE WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF THE JUDGMENT AGAINST YOU AND A COPY OF SUCH VERIFICATION OR JUDGMENT WILL BE MAILED TO YOU. IF THE DEBT IS NOT DISPUTED, WE WOULD SUGGEST THAT YOU ACCEPT THIS OPPORTUNITY TO MAKE ARRANGEMENTS TO PAY THIS DEBT AND AVOID LOST TIME, COURT COSTS AND ATTORNEY'S FEES.**

25104

**IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**
**CIVIL DIVISION**

| | |
|---|---|
| **Six Rivers, LLC**<br>Plaintiff,<br>V.<br>**Perry Tyrone Jones, et al.**<br>Defendants. | **Case No.** ________________ |

**ORDER OF THE COURT FOR NOTICE TO ISSUE**

It is ORDERED this ____ day of _____________, 20___, that the Clerk of the Court issue Summons, Notice, Order of Publication and Order of Posting for the subject case.

______________________________
Judge, Circuit Court For
Prince George's County, Maryland

25104

**IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**
**CIVIL DIVISION**

| | |
|---|---|
| Six Rivers, LLC<br><br>**Plaintiff,**<br>V.<br><br>Perry Tyrone Jones, Deon D. Jones, Personal Representative of the Estate of Rose E. Jones, Standard Federal Savings and Loan Association, Allan Lang, Marvin R. Lang, United States of America, Prince George's County Government, Department of Finance<br><br>and<br>All unknown owners of the Property described below, their heirs, devisees, personal representatives, and executors, administrators grantees, assigns or successors in right, title, interest, and any and all persons having or claiming to have any leasehold or any other interest in the Property and premises situate, described as:<br><br>Account No: 09-0891226;<br>known as 3425 Gennene Ln;<br>address of 3425 Gennene Ln, Fort Washington, MD 20744.<br><br>**Defendants.** | **Case No.** ________________ |

**ORDER OF POSTING**

Copy of this Order is to be posted by the by a competent private person, appointed by the Plaintiff, who is 18 years of age or older:

This Notice is provided pursuant to the requirements of Maryland Rules 2-122 and 14-503 in connection with the filing in Court of the above-referenced action.

A. The object of this proceeding is to secure the foreclosure of all rights of redemption in the following Property situated and lying in Prince George's County, Maryland, sold by the Collector of Taxes for Prince George's County and the State of Maryland to the Plaintiff in this proceeding. The Complaint states, among other things, that the amount necessary for the redemption has not been paid, although more than six (6) months from the date of the sale has expired.

B. Description of the particular Property included in this foreclosure proceeding:

**Account No:** 09-0891226;
**known as** 3425 Gennene Ln;

25104

**address of** 3425 Gennene Ln, Fort Washington, MD 20744, and **described as,** All that piece or parcel of land, together with all the improvements, rights, privileges and appurtenances to the same belonging, situated in the 9th District of Prince George's County Maryland, and described as follows, to wit: BEING KNOWN AND DESIGNATED as Lot No. 390, as shown on the Plat entitled "Lots 373 through 395, Sollar's Resubdivision of Part of Lots 7 and 8 and Lots 358, 364, 365, 366 and 367, OakLawn Subdivision", recorded among the Land Records of Prince George's County, Maryland in Plat Book NLP No. 143 at plat 22. IMPROVEMENTS BEING KNOWN AS: 3425 Gennene Lane, Fort Washington, Maryland 20744.

25104

C. All persons interested in the foregoing Property are warned to redeem the Property or appear in this Court by the _____ day of ______________, 20____, and answer the Complaint.

D. This Notice is issued on the _____day of _________________, 20____.

E. The Property shall be posted by the _____ day of ________________, 20____.

F. Failure to redeem the Property or answer the Complaint may result in a Final Judgment Foreclosing all Rights of Redemption in and as to the Property and vesting in the Plaintiff a title, free and clear of all encumbrances.

______________________________
Clerk of the Circuit Court for
Prince George's County, Maryland

Dated: __________________

______________________________
Gregory J. Carroll, Esquire
**TAX LIEN LAW GROUP, LLP**
27 North Wacker Drive #503
Chicago, Illinois 60606
Ph: (800) 689-5203
Fax: (240) 238-9241
Direct: gcarroll@tllgrp.com
Web: www.tllgrp.com
**ATTORNEYS FOR PLAINTIFF**

25104

**IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**
**CIVIL DIVISION**

| | |
|---|---|
| Six Rivers, LLC<br><br>**Plaintiff,**<br>V.<br><br>Perry Tyrone Jones, Deon D. Jones, Personal Representative of the Estate of Rose E. Jones, Standard Federal Savings and Loan Association, Allan Lang, Marvin R. Lang, United States of America, Prince George's County Government, Department of Finance<br><br>and<br>All unknown owners of the Property described below, their heirs, devisees, personal representatives, and executors, administrators grantees, assigns or successors in right, title, interest, and any and all persons having or claiming to have any leasehold or any other interest in the Property and premises situate, described as:<br><br>Account No: 09-0891226;<br>known as 3425 Gennene Ln;<br>address of 3425 Gennene Ln, Fort Washington, MD 20744.<br><br>**Defendants.** | **Case No.** ______________ |

**ORDER OF PUBLICATION**

A Complaint to foreclose the right of redemption having been filed, and upon consideration of the Plaintiff's request for an Order of Publication, it is this ____ day of ____________, 20_____, by the Circuit Court for Prince George's County, Maryland;

**ORDERED**, that the Defendants in these proceedings may be served by publication of a Notice at least once a week in each of three successive weeks in *The Enquirer-Gazette* a newspaper of general circulation in Prince George's County, Maryland in accordance §14-840 of the Tax-Property Article of the Annotated Code of Maryland, on or before ______day of ____________, 20___, warning all persons interested in the property to appear in this Court by the _____day of ________________, 20___ and redeem the property: All that piece or parcel of land, together with all the improvements, rights, privileges and appurtenances to the same belonging, situated in the 9th District of Prince George's County Maryland, and described as follows, to wit: BEING KNOWN AND DESIGNATED as Lot No. 390, as shown on the Plat entitled "Lots 373 through 395, Sollar's Resubdivision of Part of Lots 7 and 8 and Lots 358, 364, 365, 366 and 367, OakLawn Subdivision", recorded among the Land Records of Prince

25104

George's County, Maryland in Plat Book NLP No. 143 at plat 22. IMPROVEMENTS BEING KNOWN AS: 3425 Gennene Lane, Fort Washington, Maryland 20744, 3425 Gennene Ln, Fort Washington, MD 20744 and Account Number 09-0891226 and answer the Complaint or thereafter a final judgment will be entered foreclosing all right of redemption in the property and vesting in the Plaintiff title, free and clear of all encumbrances.

25104

______________________________
Clerk of the Circuit Court for
Prince George's County, Maryland

Dated: ________________________

Gregory J. Carroll, Esquire
**TAX LIEN LAW GROUP, LLP**
27 North Wacker Drive #503
Chicago, Illinois 60606
Ph: (800) 689-5203
Fax: (240) 238-9241
Direct: gcarroll@tllgrp.com
**ATTORNEYS FOR PLAINTIFF**

**END OF PUBLICATION**

**NOTICE TO CLERK**

**Please Fax the Order to the Enquirer-Gazette at: 301-764-2813, Attn: Becky**

25104

**IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**
**CIVIL DIVISION**

| | |
|---|---|
| Six Rivers, LLC<br><br>**Plaintiff,**<br>V.<br><br>Perry Tyrone Jones, Deon D. Jones, Personal Representative of the Estate of Rose E. Jones, Standard Federal Savings and Loan Association, Allan Lang, Marvin R. Lang, United States of America, Prince George's County Government, Department of Finance<br><br>and<br>All unknown owners of the Property described below, their heirs, devisees, personal representatives, and executors, administrators grantees, assigns or successors in right, title, interest, and any and all persons having or claiming to have any leasehold or any other interest in the Property and premises situate, described as:<br><br>Account No: 09-0891226;<br>known as 3425 Gennene Ln;<br>address of 3425 Gennene Ln, Fort Washington, MD 20744.<br><br>**Defendants.** | **Case No.** ________________ |

**NOTICE TO INTERESTED PARTIES OF ACTION TO FORECLOSE THE RIGHT OF REDEMPTION IN PROPERTY SOLD AT TAX SALE**

This Notice is provided pursuant to the requirements of Maryland Rule 14-502 (b)(3) in connection with the filing in Court of the above-referenced action.

A. The object of this proceeding is to secure the foreclosure of all rights of redemption in the following Property situated and lying in Prince George's County, Maryland, sold by the Collector of Taxes for Prince George's County and the State of Maryland to the Plaintiff in this proceeding. The Complaint states, among other things, that the amount necessary for the redemption has not been paid, although more than six (6) months from the date of the sale has expired.

B. That the description of the Property in this foreclosure proceeding is:

Account No. 09-0891226; situate in Fort Washington, Prince George's County, Maryland, known as 3425 Gennene Ln, Fort Washington, MD 20744 and described as, All that piece or parcel of land, together with all the improvements, rights, privileges and appurtenances to the same belonging, situated in the 9th District of Prince George's County Maryland, and described as follows, to wit: BEING KNOWN AND DESIGNATED as Lot No. 390, as shown on the Plat

25104

entitled "Lots 373 through 395, Sollar's Resubdivision of Part of Lots 7 and 8 and Lots 358, 364, 365, 366 and 367, OakLawn Subdivision", recorded among the Land Records of Prince George's County, Maryland in Plat Book NLP No. 143 at plat 22. IMPROVEMENTS BEING KNOWN AS: 3425 Gennene Lane, Fort Washington, Maryland 20744.

C. If the above-named person or entity you represent has a recorded interest, claim, lien or judgment regarding the property or its owner, you and your client are hereby notified of the filing of this Complaint and are warned to redeem the property or file an answer to the Complaint on or before the latest of:

   a. The expiration date of the period described in the summons or
   b. The date specified in the Order of Publication or
   c. 33 days after the mailing out of said Order of Publication

D. Failure to redeem the property or answer the Complaint may result in a Final Judgment Foreclosing all Rights of Redemption in and as to the property and vesting in the Plaintiff a title, free and clear of all encumbrances.

E. The above notwithstanding, pursuant to Md. Code Ann. Tax-Property § 14-827, a person with a legal interest in the property, may redeem at any time until the right of redemption has been finally foreclosed by the actual issuance of Judgment of Foreclosure by the Court

______________________________
Clerk of the Circuit Court for
Prince George's County, Maryland

Dated: November 17, 2014

Gregory J. Carroll, Esquire
**TAX LIEN LAW GROUP, LLP**
27 North Wacker Drive #503
Chicago, Illinois 60606
Ph: (800) 689-5203
Fax: (240) 238-9241
Direct: gcarroll@tllgrp.com
**ATTORNEYS FOR PLAINTIFF**