# Exhibit A

**Photocopy of the Original Certificate of Tax Sale**

Tax Lien Law Group, LLP
27 North Wacker Drive, #503
Chicago, Illinois 60606
Ph: (800) 689-5203
Fax: (240) 238-9241
www.tllgrp.com

# CERTIFICATE OF TAX SALE

The Office of Finance of Prince George's County, Maryland, by Gail D. Francis Director of Finance, as Collector of Taxes for said State and County, does hereby certify that on May 12, 2014, there was sold to Six Rivers LLC at public auction for the sum of $186,097.00, of which $5,815.39 has been paid, as well as a high-bid premium in the amount of $15,539.40, of which $15,539.40 has been paid, the property in Surrattsville, 9th Election District of said County, described as follows:

(trs Dt S/b 4/29/99)

21,995.0000 Sq.Ft. & Imps. Oak Lawn Sub-resub Lot 390

Assmt $271,000 Lib 13032 Fl 072

and assessed to Jones Perry T & Rose E.

The property described herein is subject to redemption. Upon redemption the holder of the certificate will be refunded the sums paid on account of the purchase price together with interest (calculated on the amount excluding the high-bid premium) thereon at the rate of twenty percent per annum from the date of payment to the date of redemption together with all other amounts specified by Chapter 761 of the acts of 1943, and Acts amendatory thereof. The balance due on account of the purchase price and all taxes, together with interest and penalties thereon, accruing subsequent to the date of sale, must be paid to the Collector before a deed can be delivered to the purchaser. After November 12, 2014, a proceeding can be brought to foreclose all rights of redemption in the property. This certificate will be void unless such a proceeding is brought within two years from the date of this certificate.

Effective this 12th day of May, 2014.

09 0891226 Ln
003425 Gennene
Fort Washington Md 20744

OFFICE OF FINANCE

By: ____________________

Gail D. Francis
Director of Finance

FORM 970705 09/28/2012