# Exhibit B

Title Abstract

Tax Lien Law Group, LLP
7 North Wacker Drive, #503
Chicago, Illinois 60606
Ph: (800) 689-5203
Fax: (240) 238-9241
www.tllgrp.com

# TAX LIEN LAW GROUP, LLP

Attorneys At Law

**Tax Lien Law Group,**
27 North Wacker Drive #503
Chicago, IL 60606
Toll Free: (800) 689-5203 Fax: (240) 238-9241
Website: www.tllgrp.com

Reference No: 25104

Order# 84607

| **Property and Ownership Information** | | | |
|---|---|---|---|
| Current Owner's Name | JONES PERRY T, JONES ROSE E | Completed Date | 09/06/2014 |
| | | Index Date | 08/19/2014 |
| Property Address | 3425 GENNENE LN, FORT WASHINGTON, MD | Report Type | Full Search |
| APN# / Parcel # / PIN# | 09-0891226 | County | Prince George |
| Short Legal Description | | Full Legal Description | See attached Deed |
| Searcher's Notes: | IN TAX SALE | | |

| **Vesting Information** | | | |
|---|---|---|---|
| Grantee(s)/Deed Owner | PERRY TYRONE JONES & ROSE E JONES GRANDMOTHER AS JTWROS | Deed Date | 03/01/99 |
| Grantor / Prior Owner | WILLIAM CONNELLY ESQ SUCCESSOR GUARDIAN OF THE PROPERTY OF PERRY TYRONE JONES, WHO RESIGNED HIS POSITION AS SUCCESSOR GUARDIAN, HOWARD L STERN ESQUIRE SUCCESSOR GUARDIAN OF THE PROPERTY OF PERRY TYRONE JONES | Recorded Date | 04/29/99 |
| Consideration ($) | N/A | Instr I Book/Page# | 13032-72 |
| Sale Price($) | N/A | Deed Type | Deed |
| Notes | | | |

| **Chain Of Title 1** | | | |
|---|---|---|---|
| Grantee(s)/Deed Owner | WILLIAM CONNELLY ESQ SUCCESSOR GUARDIAN OF THE PROPERTY OF PERRY TYRONE JONES, MINOR | Deed Date | 03/15/95 |
| Grantor / Prior Owner | JOLLAR INC | Recorded Date | 03/29/95 |
| Consideration ($) | $189,950 | Instr I Book/Page# | 10078-543 |
| Sale Price($) | N/A | Deed Type | Deed |
| Notes | | | |

This title search report was performed in accordance with generally accepted standards. This report may not contain information affecting above real estate property that can not be indexed due to different spelling of owner's name or incorrectly recorded parcel number or recorder clerk error. The Report covers only liens of record found during the period of the search. Tax Lien Law Group is not responsible for any chain of title defects and chain of title breaks and only reports what's recorded in the public records.

# TAX LIEN LAW GROUP, LLP

Attorneys At Law

**Tax Lien Law Group,**
27 North Wacker Drive #503
Chicago, IL 60606
Toll Free: (800) 689-5203 Fax: (240) 238-9241
Website: www.tllgrp.com

| Chain Of Title 2 | | | |
|---|---|---|---|
| Grantee(s)/Deed Owner | JOLLAR INC | Deed Date | 11/30/88 |
| Grantor / Prior Owner | JOHN H CARDER JR | Recorded Date | 12/09/88 |
| Consideration ($) | N/A | Instr I Book/Page# | 7300-801 |
| Sale Price($) | N/A | Deed Type | Deed |
| Notes | | | |

| Chain Of Title 3 | | | |
|---|---|---|---|
| Grantee(s)/Deed Owner | JOLLAR INC | Deed Date | 07/28/88 |
| Grantor / Prior Owner | LAWRENCE E DEAN & LILY ANN BROWN GARRETT | Recorded Date | 08/08/88 |
| Consideration ($) | N/A | Instr I Book/Page# | 7050-398 |
| Sale Price($) | N/A | Deed Type | Deed |
| Notes | | | |

| Chain Of Title 4 | | | |
|---|---|---|---|
| Grantee(s)/Deed Owner | LAWRENCE E DEAN & LILY ANN BROWN-GARRETT | Deed Date | 02/23/84 |
| Grantor / Prior Owner | PRINCE GEORGE'S BAPTIST ASSOC | Recorded Date | 03/12/84 |
| Consideration ($) | N/A | Instr I Book/Page# | 5858-280 |
| Sale Price($) | N/A | Deed Type | Deed |
| Notes | | | |

| Chain Of Title 5 | | | |
|---|---|---|---|
| Grantee(s)/Deed Owner | PRINCE GEORGE'S BAPTIST ASSOC | Deed Date | 01/04/83 |
| Grantor / Prior Owner | THOMAS WADE AKINS & SHERRY JEANINE AKINS HIS WIFE TENANTS BY THE ENTIRETY | Recorded Date | 01/07/83 |
| Consideration ($) | N/A | Instr I Book/Page# | 5627-724 |
| Sale Price($) | N/A | Deed Type | Deed |
| Notes | | | |

This title search report was performed in accordance with generally accepted standards. This report may not contain information affecting above real estate property that can not be indexed due to different spelling of owner's name or incorrectly recorded parcel number or recorder clerk error. The Report covers only liens of record found during the period of the search. Tax Lien Law Group is not responsible for any chain of title defects and chain of title breaks and only reports what's recorded in the public records.

**TAX LIEN LAW GROUP, LLP**
Attorneys At Law

**Tax Lien Law Group,**
27 North Wacker Drive #503
Chicago, IL 60606
Toll Free: (800) 689-5203 Fax: (240) 238-9241
Website: www.tllgrp.com

| Chain Of Title 6 | | | |
|---|---|---|---|
| Grantee(s)/Deed Owner | THOMAS WADE AKINS & SHERRY JEANINE AKINS HIS WIFE AS TENANTS BY THE ENTIRETY | Deed Date | 03/02/81 |
| Grantor / Prior Owner | WADE AKINS NEW LIFE MINISTRIES INTERNATIONAL | Recorded Date | 03/03/81 |
| Consideration ($) | N/A | Instr I Book/Page# | 5378-225 |
| Sale Price($) | N/A | Deed Type | Deed |
| Notes | | | |

| Chain Of Title 7 | | | |
|---|---|---|---|
| Grantee(s)/Deed Owner | JOHN H CARDER JR SOLE OWNER | Deed Date | 04/03/78 |
| Grantor / Prior Owner | CLARENCE B CROWE SURVIVING TENANT BY THE ENTIRETY OF ANNIE CROWE WHO DIED 1/30/76 | Recorded Date | 04/13/78 |
| Consideration ($) | N/A | Instr I Book/Page# | 4912-848 |
| Sale Price($) | N/A | Deed Type | Deed |
| Notes | | | |

| Chain Of Title 8 | | | |
|---|---|---|---|
| Grantee(s)/Deed Owner | WAKE AKINS NEW LIFE MINISTIRES INTERNATIONAL INC | Deed Date | 12/05/75 |
| Grantor / Prior Owner | INTRA FAITH CHRISTIAN FELLOWSHIP INCORP | Recorded Date | 03/31/75 |
| Consideration ($) | N/A | Instr I Book/Page# | 4600-162 |
| Sale Price($) | N/A | Deed Type | Deed |
| Notes | | | |

This title search report was performed in accordance with generally accepted standards. This report may not contain information affecting above real estate property that can not be indexed due to different spelling of owner's name or incorrectly recorded parcel number or recorder clerk error. The Report covers only liens of record found during the period of the search. Tax Lien Law Group is not responsible for any chain of title defects and chain of title breaks and only reports what's recorded in the public records.

# TAX LIEN LAW GROUP, LLP

Attorneys At Law

**Tax Lien Law Group,**
27 North Wacker Drive #503
Chicago, IL 60606
Toll Free: (800) 689-5203 Fax: (240) 238-9241
Website: www.tllgrp.com


| Chain Of Title 9 | | | |
|---|---|---|---|
| Grantee(s)/Deed Owner | INTRA FAITH CHRISTIAN FELLOWSHIP INCORP | Deed Date | 02/26/74 |
| Grantor / Prior Owner | HERBERT T BIRCKNER & WARREN ADAMS | Recorded Date | 03/08/74 |
| Consideration ($) | N/A | Instr \| Book/Page# | 4340-534 |
| Sale Price($) | N/A | Deed Type | Deed |
| Notes | | | |

| Chain Of Title 10 | | | |
|---|---|---|---|
| Grantee(s)/Deed Owner | CLARENCE B CROWE & ANNIE CROWE HIS WIFE | Deed Date | 01/04/41 |
| Grantor / Prior Owner | WILLIAM C GIBONS & ALICE H GIBONS HIS WIFE & JOHN R GIBONS NOT MARRIED | Recorded Date | 01/04/41 |
| Consideration ($) | N/A | Instr \| Book/Page# | 587-483 |
| Sale Price($) | N/A | Deed Type | Deed |
| Notes | | | |

| Open Mortgages Information 1 | | | |
|---|---|---|---|
| Borrower | LAWRENCE E DEAN & LILY ANN BROWN-GARRETT , | Date Signed | 02/23/84 |
| Lender | STANDARD FEDERAL SAVINGS BANK | Date Recorded | 03/12/84 |
| Trustee | ALLAN LANG, MARVIN R LANG | Instr \| Book/Page# | 5858 / 282 |
| Mortgage Type | DOT | Original Amount($) | $92,517 |
| Comments | *NO RELEASE | Mortgage Maturity Date | 03/01/14 |

**Related Documents for Mortgage 1**

No assignments found.

This title search report was performed in accordance with generally accepted standards. This report may not contain information affecting above real estate property that can not be indexed due to different spelling of owner's name or incorrectly recorded parcel number or recorder clerk error. The Report covers only liens of record found during the period of the search. Tax Lien Law Group is not responsible for any chain of title defects and chain of title breaks and only reports what's recorded in the public records.

# TAX LIEN LAW GROUP, LLP

Attorneys At Law

Tax Lien Law Group,
27 North Wacker Drive #503
Chicago, IL 60606
Toll Free: (800) 689-5203 Fax: (240) 238-9241
Website: www.tllgrp.com

| Active Judgments and Liens | | | |
|---|---|---|---|
| **Doc # or Case# or Bk/Pg** | **Description** | **Date Recorded** | **Amount($)** |
| FL140533 | USA VS PERRY T JONES | 05/22/14 | $89,334.79 |
| | | | |

| Property Tax Status | | | |
|---|---|---|---|
| **Tax Year** | **Property Tax Status** | **Date (Due \| Paid)** | **Amount** |
| 2013-2014 | DELINQUENT | 08/31/2014 | $5,349.75 |
| 2014-2015 | DUE | 08/31/2014 | $4,476.63 |

**Prior Year Taxes Are Delinquent. Total delinquent amount is $5,349.75**

*Treasurer's Phone Number: 301-952-4030*

| Property Tax Assessed Value | | | |
|---|---|---|---|
| **Tax Year** | **Land Value($)** | **Improvements($)** | **Total Assessed($)** |
| 2014 | | | $285,033 |

| Additional Information |
|---|
| N/A |

This title search report was performed in accordance with generally accepted standards. This report may not contain information affecting above real estate property that can not be indexed due to different spelling of owner's name or incorrectly recorded parcel number or recorder clerk error. The Report covers only liens of record found during the period of the search. Tax Lien Law Group is not responsible for any chain of title defects and chain of title breaks and only reports what's recorded in the public records.

Real Property Data Search ( w1)

Guide to searching the database

Search Result for PRINCE GEORGE'S COUNTY

View Map | View GroundRent Redemption | View GroundRent Registration

**Account Identifier:** District - 09 Account Number - 0891226

Owner Information

| | | | |
|---|---|---|---|
| **Owner Name:** | JONES PERRY T & ROSE E | Use: | RESIDENTIAL |
| | | Principal Residence: | YES |
| **Mailing Address:** | 3425 GENNENE LN<br>FORT WASHINGTON MD 20744-1828 | Deed Reference: | /13032/ 00072 |

Location & Structure Information

| | | | |
|---|---|---|---|
| **Premises Address:** | 3425 GENNENE LN<br>FORT WASHINGTON 20744-0000 | Legal Description: | (TRS DT S/B 4/29/99) |

| Map: | Grid: | Parcel: | Sub District: | Subdivision: | Section: | Block: | Lot: | Assessment Year: | Plat No: | 143022 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0115 | 00B1 | 0000 | | 5553 | | | 390 | 2014 | Plat Ref: | |

| | | |
|---|---|---|
| **Special Tax Areas:** | Town: | NONE |
| | Ad Valorem: | |
| | Tax Class: | 8 |

| Primary Structure Built | Above Grade Enclosed Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| 1994 | 1,640 SF | YES | 21,995 SF | 001 |

| Stories | Basement | Type | Exterior | Full/Half Bath | Garage | Last Major Renovation |
|---|---|---|---|---|---|---|
| Split Foyer | YES | SPLIT FOYER | FRAME | 3 full | 1 Attached | |

Value Information

| | Base Value | Value As of 01/01/2014 | Phase-in Assessments As of 07/01/2014 | As of 07/01/2015 |
|---|---|---|---|---|
| Land: | 101,700 | 101,800 | | |
| Improvements | 169,300 | 211,300 | | |
| Total: | 271,000 | 313,100 | 285,033 | 299,067 |
| Preferential Land: | 0 | | | 0 |

Transfer Information

| | | |
|---|---|---|
| Seller: CONNELLY,WILLIAM GUARDIAN ETAL | Date: 05/06/1999 | Price: $0 |
| Type: NON-ARMS LENGTH OTHER | Deed1: /13032/ 00072 | Deed2: |
| Seller: JOLLAR INC | Date: 03/29/1995 | Price: $189,950 |
| Type: ARMS LENGTH IMPROVED | Deed1: /10078/ 00543 | Deed2: - |
| Seller: CARDER,JOHN H JR | Date: 03/28/1989 | Price: $0 |
| Type: ARMS LENGTH IMPROVED | Deed1: /07300/ 00801 | Deed2: |

Exemption Information

| Partial Exempt Assessments: | Class | 07/01/2014 | 07/01/2015 |
|---|---|---|---|
| County: | 000 | 0.00 | |
| State: | 000 | 0.00 | |
| Municipal: | 000 | 0.00\|0.00 | 0.00\|0.00 |

| | |
|---|---|
| Tax Exempt: | Special Tax Recapture: |
| Exempt Class: | NONE |

Homestead Application Information

Homestead Application Status: No Application

Monday, August 25, 2014

# Property Tax Inquiry

**ACCOUNT SUMMARY**
**THIS ACCOUNT IS IN TAX SALE**

New Search

Click Here for Payment Instructions

ACCOUNT NUMBER: 0891226 DISTRICT: 09 DATA AS OF: 08/25/14 at 11:51:01

OWNER:
JONES PERRY T & ROSE E

CARE OF:

PROPERTY ADDRESS:
003425 GENNENE LN
FORT WASHINGTON MD 20744-0000

MAILING ADDRESS:
3425 GENNENE LN
FORT WASHINGTON, MD 20744-1828

MORTGAGE: UNKNOWN
(TRS DT S/B 4/29/99)

PROPERTY DESCRIPTION:

| | | | | | | |
|---|---|---|---|---|---|---|
| CONDO:PLAT | | PHASE | BLDG | UNIT | | |
| SUBNAME: | OAK LAWN SUB-RESUB | | | | LIBER/FOLIO: | 13032/072 |
| SECTION: | | | | | LATEST DEED: | 05/06/1999 |
| LOT: | 390 | | | | LAND: | 101,733.00 |
| BLOCK: | | | | | IMPS: | 183,300.00 |
| ACREAGE: | 21995.000 F | | | | ASSESSMENT: | 285,033.00 |
| OCCUPANCY: | PRINCIPAL RESIDENCE | | | | | |

ATTORNEY NAME:
ATTORNEY PHONE NUMBER: ( ) -
RELEASE EXPIRATION DATE:
EQUITY CASE NUMBER:
BID PREMIUM: 15,539.40

TAX SALE CODE: P14
PURCHASER NAME: SIX RIVERS LLC
BID AMOUNT: 186,097.00

| Tax Year(s) | BASE | + | I & P | = | AMOUNT |
|---|---|---|---|---|---|
| FY14 TAX SALE REDEMPTION | 5,015.39 | | 334.36 | | 5,349.75 |
| FY15 | 4,476.63 | | 0.00 | | 4,476.63 |

**Amount due includes all taxes owed.**

| TOTAL AMOUNT DUE IF PAID IN | BASE | + | I & P | = | AMOUNT |
|---|---|---|---|---|---|
| AUG 2014 | 9,492.02 | | 334.36 | | 9,826.38 |
| SEP 2014 | 9,492.02 | | 417.95 | | 9,909.97 |

2013© Prince George's County, Maryland. All Rights Reserved.

1999 APR 29 P 2:44

CLERK OF THE CIRCUIT COURT

**NO CONSIDERATION** **NO EXAMINATION**

**13032 072**

**DEED**

Made this *1st* day of *March*, 1999, by and between **William Connelly, Successor Guardian of the property of Perry Tyrone Jones, who resigned his position as Successor Guardian, Howard L. Stern, Esquire Successor Guardian of the property of Perry Tyrone Jones, pursuant to an Order of Court signed March 30, 1995 in E82-0721** parties of the first part, and **Perry Tyrone Jones and Rose E. Jones,** grandmother as parties of the second part:

**WITNESSETH**, that in consideration of the sum of **$** NONE and other good and valuable considerations, the receipt of which is hereby acknowledged, the said parties of the first part do grant and convey unto the parties of the second part, as **JOINT TENANTS WITH RIGHT OF SURVIVORSHIP** their heirs and assigns, in fee simple, the following described land and premises, with the improvements, easements, and appurtenances thereunto belonging, situate, lying and being in the 9th Election District of Prince George's County, Maryland, namely:

BEING KNOWN AND DESIGNATED as Lot No. 390, as shown on the Plat entitled "Lots 373 through 395, Sollar's Resubdivision of Part of Lots 7 and 8 and Lots 358, 364, 365, 366 and 367, OakLawn Subdivision, recorded among the Land Records of Prince George's County, Maryland in Plat Book NLP No. 143 at plat 22.

IMPROVEMENTS BEING KNOWN AS: 3425 Gennene Lane, Fort Washington, Maryland 20744.

IMP FD SURE $ 5.00
RECORDING FEE 20.00
TOTAL 25.00
Rest PG02 Rcpt # 16957
VJ LNS Blk # 12001
Apr 29, 1999 02:46 pm

BEING the same land described by deed recorded in Book 10078 and folio 543.

THIS amount of consideration includes any outstanding trust or mortgage.

SUBJECT to all easements, covenants and restrictions of record

AND the said parties of the first part covenants that they will warrant specially the property hereby conveyed; and that they will execute such further assurances of said land as may

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) VJ 13032, p. 0072, MSA_CE64_13112. Date available 09/30/2005. Printed 08/25/2014.

13032 073

be requisite.

**WITNESS** my hand and seal.

WITNESS: [signature] [signature]

Howard L. Stern, Successor Guardian

State of Maryland
County of Charles

**I HEREBY CERTIFY** that on this 1st day of March, 1999, before the undersigned officer, a notary public in and for the state and county aforesaid personally appeared Howard L. Stern, Successor Guardian known to me to be the persons whose name is subscribed to the within instrument and did acknowledge that he executed the same for the purposes therein contained, and signed the same in my presence.

**IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

GLENDA HAIRFIELD NOTARY PUBLIC CHARLES CO., MD.

[signature]
Notary Public

My commission expires: 3/1/03

MY COMM. EXPIRES 3-1-03

**I HEREBY CERTIFY** that this instrument was prepared under my supervision and that I am a member of the Bar of the Court of Appeals of Maryland.

[signature]
Howard L. Stern

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) VJ 13032, p. 0073, MSA_CE64_13112. Date available 09/30/2005. Printed 08/25/2014.

13032 074

**AFTER RECORDING RETURN TO:**

Perry Tyrone Jones
Rose E. Jones
3425 Gennene Lane
Fort Washington, Maryland 20744

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) VJ 13032, p. 0074, MSA_CE64_13112. Date available 09/30/2005. Printed 08/25/2014.

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

IN THE MATTER OF:

PERRY TYRONE JONES CASE NO E82-0721

ORDER APPOINTING SUCCESSOR GUARDIAN OF THE PROPERTY

Upon consideration of the oral request of the guardian of the property to resign, and for the appointment of a successor guardian of the property, it is this 30 day of March 1995, by the Circuit Court for Prince George's County, Maryland,

ORDERED, the resignation of William Connelly, Esquire, as guardian of the property of PERRY TYRONE JONES, be and hereby is accepted by this Court, and it is further,

ORDERED, that Howard L. Stern, Esquire, be and hereby is appointed successor guardian of the property of PERRY TYRONE JONES, and it is further,

ORDERED, that William Connelly, Esquire, shall file a final accounting within 60 days hereof, and it is further,

ORDERED, that the successor guardian shall file an inventory on or before the 1st day of June, 1995, and it is further,

ORDERED, the successor guardian shall post a surety bond in the amount of $35,000.00 within ten (10) days hereof.

G. R. HOVEY JOHNSON, JUDGE

Copies mailed by the Clerk to:

William C. Connelly, Esquire
Howard L. Stern, Esquire
Interested Parties

TRUE COPY TEST

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) VJ 13032, p. 0075, MSA_CE64_13112. Date available 09/30/2005. Printed 08/25/2014.

13032 076

# AFFIDAVIT

WE HEREBY MAKE OATH, UNDER PENALTY OF PERJURY, THAT THERE HAS NEVER BEEN A MORTGAGE ON THE PROPERTY LOCATED AT 3425 GENNENE LANE, FT. WASHINGTON, MARYLAND 20744. THIS PROPERTY IS BEING TRANSFERRED TO PERRY TYRONE JONES AND ROSE E. JONES, HIS GRANDMOTHER.

Perry Tyrone Jones
PERRY TYRONE JONES

Rose E. Jones
ROSE E. JONES

STATE OF MARYLAND
COUNTY OF St. Marys

**I Hereby Certify** that on this 26th day of April, 1999, before the undersigned officer, a notary public in and for the state and county aforesaid personally appeared **PERRY TYRONE JONES and ROSE E. JONES** known to me to be the person(s) whose name is subscribed to the within instrument and did acknowledge that he/she executed the same for the purposes therein contained, and signed the same in my presence.

**IN WITNESS WHEREOF,** I hereunto set my hand and official seal.

Deborah Andrews
Notary Public

DEBORAH ANDREWS NOTARY PUBLIC ST. MARY'S COUNTY, MD.

MY COMMISSION EXPIRES 1999.

My commission expires: Sept. 1, 1999

TRANSFERRED APR 29 1999 CLERK TRANSFER OFFICE

All Taxes on assessments certified to the Collector of Taxes for Prince George's County, Md. by 4/29/99 have been paid Dept. of Finance Prince George's County Md. This statement is for recordation and is not assurance against further taxation even for prior periods, nor does it guarantee satisfaction of outstanding tax sales.

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) VJ 13032, p. 0076, MSA_CE64_13112. Date available 09/30/2005. Printed 08/25/2014.

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) VJ 10078, p. 0543, MSA_CE64_10159. Date available 09/16/2005. Printe

10078. 543

799.75
25.

Tax Account # 0891226

Case # 95AN4668

# THIS CORPORATE DEED

THIS DEED made this 15th day of March , 19 95 , by and between Jollar, Inc.

party of the first part, and William Connelly, Esq., Successor Guardian of the property of Perry Tyrone Jones, minor, pursuant to an order of the Court Filed in Equity No. E-82-0721
its successors and assigns, party of the second part;

WITNESSETH that in consideration of the sum of No Dollars, the party of the first part does grant and convey unto the said party of the second part, in fee simple, all that piece or parcel of land together with all the improvements, rights, privileges and appurtenances to the same belonging, situated in the 9th District of Prince George's County, Maryland, and described as follows, to wit:

CLERK OF THE CIRCUIT ...
Mar 29 12 35 PM '95

BEING KNOWN AND DESIGNATED as Lot No. 390, as shown on the Plat entitled "Lots 373 through 395, Sollar's Resubdivision of Part of Lots 7 and 8 and Lots 358, 364, 365, 366 and 367, OakLawn Subdivision, recorded among the Land Records of Prince George's County, Maryland in Plat Book NLP No. 143 at plat 22.

This deed is subject to terms and conditions set forth by order of Court dated October 20, 1993 in Case No. E-82-0721

By execution of this Deed, the party of the first part hereby certifies under the penalties of perjury that the actual consideration paid or to be paid, including the amount of any mortgage or deed of trust assumed by the party of the second part, is in the sum total of $ 189,950.00

The undersigned hereby certifies that his conveyance is not part of a transaction in which there is a sale, lease, exchange or other transfer of all or substantially all of the property and assets of the said corporation.

BEING part of the same land conveyed to the grantors herein by deed recorded in Liber 7050 at Folio 398

SUBJECT to all easements, covenants and restrictions of record.

AND the said party of the first part covenants that it will warrant specially the property hereby conveyed, and that it will execute such further assurances of said land as may be requisite or necessary.

IN TESTIMONY THEREOF, the said Corporation hath on the day and year above set forth, caused these presents to be signed by Earl C. Sollars, Jr. of Jollar, Inc. its President , and its corporate seal to be hereunto affixed.

BY: Earl C. Sollars
Earl C. Sollars, Jr.
President

STATE OF Maryland
COUNTY OF Anne Arundel

I, the undersigned, a Notary Public in for the jurisdiction aforesaid, do hereby certify that Earl C. Sollars, Jr. of Jollar, Inc. , who is personally known to me as the person named as President and as such officer as aforesaid acknowledged the same to be the act and deed of said Corporation by virtue of the power vested in him by said Deed.

GIVEN under my hand and seal this 15th day of March , 95.

Melissa L. Hill
Notary Public Melissa L. Hill
My Commission Expires: 08/31/98

Melissa L. Hill NOTARY PUBLIC Anne Arundel County, Md.

*This is to certify that this Instrument has been reviewed by an attorney admitted to practice before the Court of Appeals for the State of Maryland, under his supervision or by or on behalf of the parties named in this instrument.*

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) VJ 10078, p. 0544, MSA_CE64_10159. D



**AFFIDAVIT**

By William Connelly, Esq., Successor Guardian of the Property of Perry Tyrone Jones, a minor, Grantee, in the within Deed from Jollar, Inc., Grantors, said land is hereby conveyed in the said Deed, which is residentially improved, real property to be occupied by Perry Tyrone Jones; said property to be occupied as of March 15, 1995.

Sandra Stern
Witness

William Connelly, Guardian
William Connelly, Esq.
Successor Guardian of the property of Perry Tyrone Jones, a minor

STATE OF MARYLAND
COUNTY OF ANNE ARUNDEL

I HEREBY CERTIFY that on this 14 day of March, 1995, before me, the Subscribed, a Notary Public in and for the county aforesaid, personally appeared William Connelly, Esq. Successor Guardian of the property of Perry Tyrone Jones, a minor and that he acknowledged the aforegoing to be his act and deed.

Sandra Stern
NOTARY PUBLIC

My Commission Expires:

SANDRA STERN NOTARY PUBLIC ANNE ARUNDEL COUNTY, MD.
MY COMM. EXPIRES 1-1-99

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) VJ 10078, p. 0545, MSA_CE64_10159. D



RECORDATION TAX AND
TRANSFER TAX PAID
OFFICE OF FINANCE
PRINCE GEORGE'S COUNTY, MD

All Taxes on assessments certified to the Collector of Taxes for Prince George's County, Md. by 3/29/95 have been paid. Dept. of Finance Prince George's County Md. This statement is for recordation and is not assurance against further taxation even for prior periods, nor does it guarantee satisfaction of outstanding tax sales.

TRANSFERRED
MAR 29 1995
BY ________ CLERK
TRANSFER OFFICE

01A01#0067TXREC $936.00
PGCC 10:28AM03-29-95 #1

01A01#0066DEEDTX $2,659.30
PGCC 10:28AM03-29-95 #1

# This Deed

1250

7300 801

Made this 30th day of NOVEMBER in the year 19 88, by and between JOHN H. CARDER, JR.

party (ies) of the first part, and DOLLAR, INC. a Maryland Corporation

party (ies) of the second part:

WITNESSETH, that in consideration of the sum of Ten Dollars (10.00) and other good and valuable considerations, the receipt of which is hereby acknowledged, the said party (ies) of the first part do (es) grant and convey unto the party (ies) of the second part,

heirs and assigns, in fee simple, the following described land and premises, with the improvement, easements, and appurtenances thereunto belonging, situate, lying and being in the Nineth Election District of PRINCE GEORGE'S County, State of Maryland, namely:

SEE ATTACHED SCHEDULE A - LEGAL DESCRIPTION

This Deed is being re-recorded to amend the Legal Description as described on Page 3

DEC 9 11 19 AM '88

CLERK OF THE CIRCUIT COURT NORMAN L. PRITCHETT

Grantees address: 7303 Glenville Lane Camp Springs, MD 20746

By the execution of the Deed, the party (ies) of the first part hereby certify (ies) under the penalties of perjury that the actual consideration paid or to be paid, including the amount of any mortgage or deed of trust assumed by the party (ies) of the second part, is in the sum total of $ 15,000.00

BEING the same land conveyed to the grantor(s) herein by deed recorded in Liber 4912 at Folio(s) 848

SUBJECT to all easements, convenants and restrictions of record.

AND the grantor(s) herein warrant(s) specially the property hereby conveyed; and covenant(s) to execute such further assurances of said land as may be requisite.

WITNESS my (our) hand(s) and seal(s).

ATTEST: [signature]

[signature] (SEAL)
JOHN H. CARDER, JR. (SEAL)

STATE OF MARYLAND
COUNTY OF ~~PRINCE GEORGE'S~~ Anne Arundel

I HEREBY CERTIFY that on this 30th day of NOVEMBER, 19 88, before the undersigned officer, a Notary Public in and for the jurisdiction aforesaid, personally appeared JOHN H. CARDER, JR. known to me to be the person(s) whose name(s) is (are) subscribed to the within instrument and did acknowledge that he (she) (they) executed the same for the purposes therein contained.

WITNESS my hand and official seal.

Denise C. [signature]
Notary Public

My commission expires July 1, 1990

CASE NO. 980-88
LOAN NO.

THIS IS TO CERTIFY that the within instrument was prepared by or under the supervision of an attorney duly admitted to practice before the Court of Appeals of Maryland.

RECORDATION TAX 22.50 / 15.00

7300 802

All Taxes on assessments certified to the Collector of Taxes ... County, Md. by 3/28/83 have been paid ... Dept. of Finance Prince George's County Md. This statement ... further ... for prior periods ... satisfaction of outstanding tax sales.

O. K. TO BE RECORDED 3-28-83
BY ____ CLERK
TRANSFER OFFICE

TRANSFERRED
DEC 30 1988
BY ____ CLERK
TRANSFER OFFICE

All Taxes on assessments certified to the Collector of Taxes for Prince George's County, Md. by 12/30/88 have been paid ... Prince George's County ...

RECORDATION TAX AND
TRANSFER TAX PAID
OFFICE OF FINANCE
PRINCE GEORGE'S COUNTY, MD.

$225.00

7300 803

EXHIBIT 'A'

ALL THAT, LOT, PIECE OR PARCEL OF GROUND SITUATE, lying and being in the Ninth (9th) Election District of Prince George's County, Maryland and being more particularly described as follows:

Being part of Lot Seven (7), in the subdivision known as "OAKLAWN" as per plat recorded in Plat Book S. D. H. 4, at Plat 63: Beginning at a point 723.66 feet from the end of the 3rd or North 31 degrees West 1312.5 foot line of a Deed recorded in Liber 587 at Folio 483 and then running reversely with said line,

1. South 31 degrees East 588.54 feet to the beginning of said 3rd line, thence
2. North 67 degrees 15 minutes East 136.5 feet, thence
3. North 31 degrees West 610.42 feet to the southeast corner of 20,020 square feet parcel conveyed to Robert C. Richards and Peggy I. Richards, his wife, in Deed recorded in Liber 2074 at folio 168, thence
4. South 53 degrees West 135 feet to the place of beginning, containing 50,966.2 square feet, more or less.

Together with a right of way twenty-five feet wide at the northwest corner of the above described property for the purpose of ingress and egress, and running easterly of the parallel to the following course: North 31 degrees West and extending to Allentown Road to be used in common by the grantors and grantees, their heirs and assigns.

The above described property being now known for purposes of Assessment and Taxation as Part of Lot 389, all of Lot 390, all of Lot 391, and Part of Lot 392, as shown on plat entitled Lots 373 through 394 Sollars resubdivision of Part of Lots 7 and 8, and Lots 358, 364, 365, 366 and 367 Oak Lawn Subdivision, as per plat thereof recorded among the Land Records of Prince George's County, Maryland in Plat Book NLP 143 at plat 22.

as more fully described attached hereto

Return to: Atlantic Title Group Ltd
2448 Generals Hwy
Annapolis, MD 21401

A total area of 80,966.2 square feet set out as follows:

(A) part of relocation of Allentown Road, containing 12,155 sq. ft.

(B) Lot 390, containing 21,995 sq. ft.

(C) part of Gennene Lane, containing 6,978.2 sq. ft.

(D) Lot 391, containing 30,148 sq. ft.

(E) part of lot 389, containing 2,800 sq. ft.

(F) part of lot 392, containing 6,890 sq. ft.

Saving and Excepting from the above portion the following: Gennene Lane, containing 6,978.2 square feet and also that portion of Allentown Road relocated, containing 12,155 square feet as dedicated and shown on a plat recorded in Plat BookNLP 143 at plat 22.

# This Deed

[illegible]

(See Exhibit A Attached)

[illegible]

7050 400

TRANSFERRED

BY ____ CLERK

TRANSFER OFFICE

RECORDATION TAX PAID

TRANSFER TAX PAID

PRINCE GEORGE'S COUNTY, MD.

1380

5858 280

# This Deed

Made this 23rd day of February in the year 1984, by and between PRINCE GEORGE'S BAPTIST ASSOCIATION

party(ies) of the first part, and LAWRENCE E. DEAN, and LILY ANN BROWN-GARRETT

party(ies) of the second part:

**Witnesseth**, that in consideration of the sum of $90,000.00 and other good and valuable considerations, the receipt of which is hereby acknowledged, the said party(ies) of the first part do grant and convey unto the party(ies) of the second part, as Tenants in Common, their heirs and assigns, in fee simple, the following described land and premises, with the improvements, easements, and appurtenances thereunto belonging, situate, lying and being in the 9th Election District of Prince George's County, State of Maryland, namely:

PARCEL A: Containing 2.0000 acres as more fully described as follows: Being a part of Lot 8, Oak Lawn Subdivision recorded in Plat Book S.D.H. 4 at Page 63 among the Land Records of Prince George's County, Maryland (9th Election District) and being more particularly described as follows: Beginning at an iron pipe on the Southeasterly right of way line of Allentown Road as shown on Prince George's County Right of Way Plat Number 591, said pipe also being on the line of division between Lots 8 and 9, Oak Lawn Subdivision (S.D.H. 4, Page 63); thence running with the Southeasterly right of way line of Allentown Road, 30 feet from the baseline thereof, as shown on said Plat Number 591, N. 42 deg. 16 min. 41 sec. E, 203.43 feet to a p.k. nail set in the centerline of a 50 foot right of way (Liber 2872, folio 353) 25 feet on each side of the property line dividing lots number 7 and 8 (Plat Book SDH 4 at Page 63), thence running with the line of division between Lots 7 and 8, Oak Lawn Subdivision and the centerline of said right of way S 38 deg. 28 min. 49 sec. E, 459.28 feet to a

(CONTINUED ON REVERSE)

**Being** the same land described by deed recorded in Book 5627 at Page 724

**Subject** to all easements, covenants and restrictions of record.

**And** the said party(ies) of the first part covenant that they will warrant specially the property hereby conveyed; and that they will execute such further assurances of said land as may be requisite.

**Witness** their hands and seals

PRINCE GEORGE'S BAPTIST ASSOCIATION

Roy W. Calloway Trustee

Witness as to seal

[SEAL]
BY: Harmon O. Hatfield

[SEAL]
Wesley W. Harris

STATE OF MARYLAND
COUNTY OF Prince George's } ss:

**I Hereby Certify** that on this 23rd day of February 1984, before the undersigned officer, a notary public in and for the state and county aforesaid, personally appeared Trustees known to me to be the persons whose names are subscribed to the within instrument and did acknowledge that they executed the same for the purposes therein contained, and signed the same in my presence.

**In Witness** whereof, I hereunto set my hand and official seal.

Notary Public, Maryland

My commission expires 7/1/86

I certify that this instrument was prepared under my supervision and that I am a member of the Bar of the Court of Appeals of Maryland.

Robert Mc. Carney

(LEGAL DESCRIPTION CONTINUED) 5858 281

railroad spike, thence leaving said right of way and running through Lot 8 on a line now being established. S 51 deg. 31 min. 20 sec. W, 209.76 feet to an iron pipe; thence running with the line of division between Lots 8 and 9, Oak Lawn Subdivision, N 38 deg. 28 min. 40 sec. W. 417.60 feet to the point of beginning.

PARCEL B: Containing 2.1776 acres as more fully described as follows: Being a part of Lot 8, Oak Lawn Subdivision, recorded in Plat Book S.D.B. 2 at page 63, among the Land Records of Prince George's County, Maryland (9th Election District) and being more particularly described as follows: Beginning at an iron pipe on the Easternmost corner of Lot 8 and running on the division line between Lot 8 and Lot 15, South 69° 03' 00" West 203.00 feet to an iron pipe; thence on the division line between Lot 8 and 9, North 38° 28' 40" West 457.45 feet to an iron pipe; thence through Lot 8 on a line now being established, North 51° 31' 20" East 200.76 feet to a railroad spike, thence on a division line between Lot 8 and Lot 7; also being the centerline of a 50 foot Right of Way (recorded in Liber 2872, folio 353), South 38° 28' 40" East 487.55 feet to the point of beginning. Liber 2872, folio 353), South 38° 28' 40" East 482.55 feet to the point of beginning.

Deed in Fee

Grantees' Address:
1820 Allentown Rd.
Temple Hills, MD 20748

TO

Received for Record on the ........ day of ........ A.D., 19.... at ........ o'clock ....M., and recorded in Liber No. ........ at Folio ........, et seq., one of the Land Records for ........

........ Recorder.

MAIL TO:

TRANSFERRED
MAR 12 1984
BY ________ CLERK
TRANSFER OFFICE

ROBERT WM. CARNEY, Esquire
P.O. Box 1482
Langley Park, Maryland 20787

RECORDATION TAX AND TRANSFER TAX PAID
OFFICE OF FINANCE
PRINCE GEORGE'S COUNTY, MD.

6356 TAX REC. 396.00

5627 324

1 of 3

Case No. FTC 10854

# This Deed

Made this 4th day of January in the year 19 83 , by and between

THOMAS WADE AKINS and SHERRY JEANINE AKINS, his wife, Tenants by the Entirety

party(ies) of the first part, and

PRINCE GEORGE'S BAPTIST ASSOCIATION, a Maryland Corporation

party(ies) of the second part:

**WITNESSETH,** that in consideration of the sum of $55,000.00---- and other good and valuable considerations, the receipt of which is hereby acknowledged, the said party(ies) of the first part do(es) grant and convey unto the party(ies) of the second part, its successors heirs and assigns, in fee simple, the following described land and premises, with the improvements, easements, and appurtenances thereunto belonging, situate, lying and being in the 9th Election District of Prince George's State of Maryland, namely: BEING a part of Lot 8, "Oak Lawn" Subdivision recorded in Plat Book S.D.H. 4 at plat 63, among the Land Records of Prince George's County, Maryland (9th Election District) and being more particularly described as follows: BEGINNING at an iron pipe on the Southeasterly right of way line of Allentown Road, as shown on Prince George's County Right of Way Plat Number 591, said pipe also being on the line of division between Lots 8 and 9, Oak Lawn Subdivision (S.D.H. 4, page 63); thence running with the Southeasterly right of way line of Allentown Road, 30 feet from the baseline thereof, as shown on said Plat Number 591, North 42°16'41" East 203.40 feet to a P.K. Nail set in the centerline of a 50 foot right of way (Liber 2872, folio 353), 25 feet on each side of the property line dividing lots number 7 and 8 (Plat Book SDH 4 at plat 63), thence running with the line of division between Lots 7 and 8, Oak Lawn Subdivision and the centerline of said right of way, South 38°28'40" East 450.28 feet to a railroad spike, thence leaving said right of way and running through Lot 8 on a line now being established, South 51°31'20" West 200.76 feet to an iron pipe; thence running with the line of division between Lots 8 and 9, Oak Lawn Subdivision, North 38°28'40" West 417.60 feet to the point of *

**BEING** the same land conveyed to the grantor(s) herein by deed recorded in Liber 5378 at Folio(s) 225

**SUBJECT** to all easements, covenants and restrictions of record.

**AND** the grantor(s) herein warrant(s) specially the property hereby conveyed; and covenant(s) to execute such further assurances of said land as may be requisite.

**WITNESS** my/our hand(s) and seal(s).

*ATTEST:* [signature] as to both

[signature] (SEAL) Thomas Wade Akins

[signature] (SEAL) Sherry Jeanine Akins

*STATE OF MARYLAND*
*COUNTY OF PRINCE GEORGE'S* } ss:

**I HEREBY CERTIFY** that on this 4th day of January 19 83, before the undersigned officer, a Notary Public in and for the jurisdiction aforesaid, personally appeared Thomas Wade Akins and Sherry Jeanine Akins known to me to be the person(s) whose name(s) is(are) subscribed to the within instrument and did acknowledge that he/she/(they) executed the same for the purposes therein contained.

**WITNESS** my hand and official seal

[signature] Notary Public, Maryland

My commission expires: 7/1/86

JOHN W. CASSIDY NOTARY PUBLIC PRINCE GEORGE'S COUNTY, MD.

By the execution of this Deed, the parties of the first part hereby certify under the penalties of perjury, that the actual consideration paid, or to be paid, including the amount of any outstanding mortgage or deed of trust is in the sum total of $55,000.00----

I hereby certify that this instrument was prepared under my supervision and that I am an attorney duly admitted to practice before the Court of Appeals for Maryland. [signature]

JAN 7 1 47 PM '83

5027 725

LEGAL DESCRIPTION CONTINUED:

"beginning, containing 2.0000 acres.

SUBJECT TO a slope easement shown on Prince George's County Right of Way Plat No. 591.

SUBJECT TO a Right of Way recorded in Liber 2872 at folio 353.

AND FURTHER SUBJECT TO encumbrances, if any, of record.

Deed in Fee

TO

RECEIVED FOR RECORD on the ___ day of ___ A.D. 19__ at ___ o'clock __ M. and recorded in Liber No. ___ at Folio ___ et seq. one of the Land Records for ___

Recorder

MAIL TO:

Prince George's Baptist Association
8200 Allentown Road
Oxon Hill, Maryland 20022

CASSIDY & CASSIDY
ATTORNEYS AT LAW
UPPER MARLBOROUGH, MARYLAND 20870
(301) [illegible]

TRANSFERRED
JAN 7 19[illegible]
BY [illegible] CLERK
TRANSFER OFFICE

RECORDED ... TRANSFER ...

650

5378 225

C&C 10854
1 of 2

# This Deed

Made this 2nd day of March, 19 81, by and between

WADE AKINS NEW LIFE MINISTRIES INTERNATIONAL, INC.

a Louisiana Corporation, party of the first part, and Thomas Wade Akins and

Sherry Jeanine Akins, his wife, as tenants by the entirety,

, party(ies) of the second part.

WITNESSETH: That in consideration of $40,000.00, the party of the first part does grant and convey in fee simple unto the party(ies) of the second part the survivor of them, his or her , all that piece or parcel of land, together with the improvements, rights, privileges and appurtenances to the same belonging, situated in the 9th District of Prince George's County in the State of Maryland and described as follows, to wit:

Being a part of Lot 8, Oak Lawn Subdivision recorded in Plat Book S.D.H. 4 at Page 63 among the Land Records of Prince George's County, Maryland (9th Election District) and being more particularly described as follows: Beginning at an iron pipe on the Southeasterly right of way line of Allentown Road as shown on Prince George's County Right of Way Plat Number 591, said pipe also being on the line of division between Lots 8 and 9, Oak Lawn Subdivision (S.D.H. 4, Page 63): thence running with the Southeasterly right of way line of Allentown Road, 50 feet from the baseline thereof, as shown on said Plat Number 591, N 42 deg. 16 min. 41 sec. E, 203.40 feet to a p.k. nail set in the centerline of a 50 foot right of way (Liber 2872, Folio 353) 25 feet on each side of the property line dividing lots number 7 and 8 (Plat Book SDH 4 at Page 63), thence running with the line of division between Lots 7 and 8, Oak Lawn Subdivision and the centerline of said right of way. S 38 deg. 28 min. 40 sec. E, 450.28 feet to a railroad spike, thence leaving said right of way and running through Lot 8 on a line now being established. S 51 deg. 31 min. 20 sec. W, 200.76 feet to an iron pipe; thence running with the line of division between Lots 8 and 9, Oak Lawn Subdivision. N 38 deg. 28 min. 40 sec. W. 417.60 feet to the point of beginning. Containing 2.0000 acres.

BEING the same land described in liber 4600 at folio 162 of the Land Records of said County.

AND the said party of the first part covenants that it will warrant specially the property hereby conveyed, and that it will execute such further assurances of said land as may be requisite or necessary.

IN TESTIMONY WHEREOF, the said Corporation hath on the day and year above set forth, caused these presents to be signed by Arthur E. Stephenson, its President, attested by James T. Griffin, its Secretary-Treasurer, and its corporate seal to be hereunto affixed; and doth hereby appoint Arthur E. Stephenson its true and lawful attorney in fact to acknowledge and deliver these presents as its act and deed.

Attest: James T. Griffin
its Secretary/Treasurer

By: Arthur E. Stephenson
President

STATE OF LOUISIANA
PARISH OF MOREHOUSE , to wit:

I, the undersigned, a Notary Public in and for the jurisdiction aforesaid, do hereby certify that Arthur E. Stephenson, who is personally well known to me as the person named as attorney in fact in the foregoing Deed, bearing date on the 2nd day of March, 19 81, and as attorney in fact as aforesaid acknowledged the same to be the act and deed of said Corporation by virtue of the power vested in him by said Deed.

GIVEN under my hand and seal this 2nd day of March, 19 81.

[signature]
Notary Public

My Commission expires: At death

This instrument certified to have been prepared by an attorney duly admitted to practice before the Court of Appeals of Maryland or under his supervision.

John W. Cassidy, Esq.

By the execution of this Deed, the party of the first part hereby certifies under the penalties of perjury, that the actual consideration paid or to be paid, including the amount of any mortgage or Deed of Trust outstanding is in the sum total of $40,000.00.

This is to certify that this is not a transaction involving all, or substantially all, of the assets of the grantor corporation.

MAR 3 2 40 PM '81

5378 226

RECORDATION TAX AND
TRANSFER TAX PAID

TRANSFERRED
MAR 3 1981
BY [signature] CLERK
TRANSFER OFFICE

..........of..........FS
SS
TT
REC

# Deed in Fee

..........

TO

..........

RECEIVED FOR RECORD on the 3rd day of [illegible] A. D., 19 81 at ........ o'clock ........ M., and recorded in Liber No. ........ at Folio ........, et seq., one of the Land Records for ..........

.......... Recorder.

MAIL TO: [illegible]
8200 Allentown Rd
Oxon Hill, Md
20022

CASSIDY & CASSIDY
*Attorneys At Law*
UPPER MARLBOROUGH, MARYLAND 20870
(301) 627-3900

78-2103
m-1714

4912 848

# This Deed

Made this 3rd day of April in the year 1978, by and between

CLARENCE B. CROWE, surviving tenant by the entirety of ANNIE CROWE who died January 30, 1976.
party (ies) of the first part, and

JOHN H. CARDER, JR., Sole Owner - - - - - - - - - - - - - - - -

party (ies) of the second part:

**Witnesseth,** that in consideration of the sum of Ten Dollars ($10.00) and other good and valuable considerations, the receipt of which is hereby acknowledged, the said party (ies) of the first part do(es) grant and convey unto the party (ies) of the second part, his - - - - - - - - heirs and assigns, in fee simple, the following described land and premises, with the improvements, easements, and appurtenances thereunto belonging, situate, lying and being in the Ninth (9th) Election District of Prince Georges County, State of Maryland, namely:

"See Schedule "A" attached hereto and made a part hereof"

**Being** the same land conveyed to the party (ies) of the first part by deed recorded in Liber 587 at Folio(s) 483

**Subject** to all easements, covenants and restrictions of record.

**And** the said party (ies) of the first part covenant that he will warrant specially the property hereby conveyed; and that he will execute such further assurances of said land as may be requisite.

**Witness** his hand(s) and seal(s):

ATTEST: [signature] Clarence B. Crowe (SEAL)

_______________ (SEAL)

*STATE OF MARYLAND*
*COUNTY OF PRINCE GEORGES* } ss:

**I Hereby Certify** that on this 3rd day of April, 1978, before the undersigned officer, a Notary Public in and for the State and County aforesaid, personally appeared Clarence B. Crowe - - - - - - - - - - - - - - - known to me to be the person(s) whose name(s) is subscribed to the within instrument and did acknowledge that he executed the same for the purposes therein contained.

**Witness** my hand and official seal.

[signature]
Notary Public, Maryland

My commission expires 7-1-78

THIS IS TO CERTIFY that the within instrument was prepared by or under the supervision of the undersigned, an attorney duly admitted to practice before the Court of Appeals of Maryland

[signature]
Attorney

Apr 13 12 08 PM '78

NORMAN L. PRITCHETT

STATE PROPERTY TRANSFER TAX

"SCHEDULE 'A'"

All that lot, piece or parcel of ground situate, lying and being in the Ninth (9th) Election District of Prince George's County, Maryland and being more particularly described as follows:

Being part of Lot Seven (7), in the subdivision known as "OAKLAWN" as per plat recorded in Plat Book S.D.H. 4, at Plat 63: Beginning at a point 723.66 feet from the end of the 3rd or North 31 degrees West 1312.5 foot line of a Deed recorded in Liber 587 at Folio 483 and then running reversely with said line,

1. South 31 degrees East 588.84 feet to the beginning of said 3rd line, thence
2. North 67 degrees 15 minutes East 136.5 feet, thence
3. North 31 degrees West 610.42 feet to the southeast corner of 20,020 square foot parcel conveyed to Robert C. Richards and Peggy L. Richards, his wife, in Deed recorded in Liber 2074 at folio 168, thence
4. South 59 degrees West 135 feet to the place of beginning, containing 80,966.2 square feet, more or less.

Together with a right of way twenty-five feet wide at the northwest corner of the above described property for the purpose of ingress and egress, and running easterly of and parallel to the following course: North 31 degrees West and extending to Allentown Road to be used in common by the grantors and grantees, their heirs and assigns.

4912 850

Received for record on the 13th
Day of April A.D. 19 76
and the same was recorded in Liber
No. ... Folio ... &c
... Records
of Prince George's County, Maryland

Clerk of the Circuit Court

From:
Clarence B. Crowe, Sr.

To:
John H. Carder, Jr.

Mail to:
Mr. John H. Carder, Jr.
3817 Old Silver Hill Road
Silver Hill, Maryland 20023

STEVE N. KATHAKIS
ATTORNEY AT LAW
SCUDERI BUILDING
Suite 111
4235 28th AVENUE
MARLOW HEIGHTS, MARYLAND 20031

Taxes levied and on record as of this date
APR 13 1976
have been paid
... PRINCE GEORGE'S COUNTY

TRANSFERRED
APR 13 1976
By A. C. L. Clerk
TRANSFER OFFICE

MR 31 76 A 318696 ********.00

4600 162 MAR 31 3 21 PM '76

# This Deed

CONFIRMATORY

Made this 5th day of December, 1975, by and between

INTRA-FAITH CHRISTIAN FELLOWSHIP, INCORPORATED

a Maryland Corporation, party of the first part, and

WADE AKINS NEW LIFE MINISTRIES INTERNATIONAL, INC.

, party(ies) of the second part.

WITNESSETH: That in consideration of Ten Dollars ($10.00), the party of the first part does grant and convey in fee simple unto the party(ies) of the second part, in fee simple, its successors and assigns, all that piece or parcel of land, together with the improvements, rights, privileges and appurtenances to the same belonging, situated in the 9th District of Prince Georges County in the State of Maryland and described as follows, to wit:

BEING the residue of Lot 8, "Oak Lawn" Subdivision recorded in Plat Book S.D.H. 4 at plat 63, among the Land Records of Prince George's County, Maryland and being more particularly described as follows: BEGINNING for the same at an iron pipe on the southeasterly right of way line of Allentown Road as shown on Prince George's County Right of Way Plat #591, said pipe also being on the line of division between Lots 8 and 9, Oak Lawn Subdivision (S.D.H. 4-63); thence running with the southeasterly right of way line of Allentown Road, 30 feet from the baseline thereof as shown on said Plat #591 the following: (1) N. 42°16'41" E. 203.40 feet to an iron pipe; set in the centerline of a 50 foot right of way (recorded in Liber 2872, folio 353) 25 feet on each side of the property line dividing lots 7 and 8 and running the full depth of the said lots (Plat Book S.D.H. 4-63), thence running with the line of division between Lots 7 and 8, Oak Lawn Subdivision and the centerline of said right of way, (2) South 38°28'40" E. 937.83 feet to an iron pipe; thence leaving said right of way and running with the line of division between Lots 8 and 15, Oak Lawn Subdivision (3) South 60°03'00" West 203.00 feet to an iron pipe; thence running with the line of division between Lots 8 and 9, Oak Lawn Subdivision (4) North 38°28'40" West 875.00 feet to the place of beginning, containing 181,977 square feet or 4.1776 Acres of ground. As per survey made by W.L. Meekins, Registered Land Surveyor, dated February 14, 1974.

Confirmatory, per articles of Transfer and Sale.

BEING the same land described in liber 4340 at folio 534 of the Land Records of said County.

AND the said party of the first part covenants that it will warrant specially the property hereby conveyed, and that it will execute such further assurances of said land as may be requisite or necessary.

IN TESTIMONY WHEREOF, the said Corporation hath on the day and year above set forth, caused these presents to be signed by Charles Roberts, its , and its corporate seal to be hereunto affixed; [illegible]

[illegible]

INTRA-FAITH CHRISTIAN FELLOWSHIP, INCORPORATED, a non-stock corporation

Attest: .......................... Its

By: Charles Roberts, sole Director/Trustee

STATE OF MARYLAND
COUNTY OF PRINCE GEORGE'S ss:

I, the undersigned, a Notary Public in and for the jurisdiction aforesaid, do hereby certify that Charles Roberts, who is personally well known to me as the person executing the foregoing Deed, bearing date on the 5th day of December, 1975, and as aforesaid acknowledged the same to be the act and deed of said Corporation by virtue of the power vested in him.

GIVEN under my hand and seal this 5th day of December 1975.

..........................
Notary Public

My Commission expires: 7/1/78

4600 163

........ of ........ FS SS TT REC

# Deed in Fee

Taxes levied and of record as of this date Mar 31 1976 have been paid DIRECTOR OF FINANCE PRINCE GEORGE'S COUNTY, MD.

TO

TRANSFERRED

MAR 31 1976

By [signature] Clerk

TRANSFER OFFICE

RECEIVED FOR RECORD on the 31st day of March A.D. 1976 at ........ o'clock ........ M. and recorded in Liber No. ........ at Folio ........ et seq. one of the Land Records for ........

........ Recorder

MAIL TO:

CASSIDY & CASSIDY
Attorneys At Law
UPPER MARLBOROUGH, MARYLAND 20870
(301) 627-3900

4340 534

# THIS DEED

Made this 26th day of February, in the year 1974, by and between

HERBERT T. BIRCKNER and WARREN ADAMS

parties of the first part, and

INTRA-FAITH CHRISTIAN FELLOWSHIP, INCORPORATED

party of the second part:

WITNESSETH, that in consideration of the sum of Ten Dollars ($10.00) and other good and valuable considerations, the receipt of which is hereby acknowledged, the said parties of the first part do grant and convey unto the party of the second part, its successors and assigns, in fee simple, the following described land and premises, with the improvements, easements, and appurtenances thereunto belonging, situate, lying and being in the Ninth Election District of Prince George's County, State of Maryland, namely:

BEING the residue of Lot 8, OAK LAWN Subdivision recorded in Plat Book S.D.H. 4 at Page 63 among the Land Records of Prince George's County, Maryland (9th Election District) and being more particularly described as follows:

BEGINNING for the same at an iron pipe on the southeasterly right of way line of Allentown Road as shown on Prince George's County Right of Way Plat Number 591, said pipe also being on the line of division between Lots 8 and 9, Oak Lawn Subdivision (S.D.H. 4, Page 63); thence running with the southeasterly right of way line of Allentown Road, 30 feet from the baseline thereof as shown on said Plat Number 591 the following:

1. North 42 deg. 16 min. 41 sec. East, 203.40 feet to an iron pipe; set in the centerline of a 50 foot right of way (recorded in Liber 2872, Folio 353) 25 feet on each side of the property line dividing lots numbered seven (7) and eight (8) and running the full depth of the said lots (Plat Book S.D.H. 4 at Page 63), thence running with the line of division between Lots 7 and 8, Oak Lawn Subdivision and the centerline of said right of way,
2. South 38 deg. 28 min. 40 sec. East, 937.83 feet to an iron pipe; thence leaving said right of way and running with the line of division between Lots 8 and 15, Oak Lawn Subdivision
3. South 60 deg. 03 min. 00 sec. West, 203.00 feet to an iron pipe; thence running with the line of division between Lots 8 and 9, Oak Lawn Subdivision
4. North 38 deg. 28 min. 40 sec. West, 875.05 feet to the place of beginning,

CONTAINING 181,977 square feet or 4.1776 acres of ground.

SUBJECT to an easement area as shown on Prince George's County Right of Way Plat Number 591 for Allentown Road.

SUBJECT to right of way recorded in Liber 2872, Folio 353.

AS per survey made by W. L. Meekins, Registered Land Surveyor, dated February 14, 1974.

RECORDATION TAX AND TRANSFER TAX PAID

Mar 8 9 12 AM '74

STATE PROPERTY TRANSFER TAX

FISHER & WALCEK

BEING the same land described by deed recorded in Book 4036 at Page 361.

SUBJECT to all easements, covenants and restrictions of record.

AND the said parties of the first part covenant that they will warrant specially the property hereby conveyed; and that they will execute such further assurances of said land as may be requisite.

WITNESS their hands and seals.

ATTEST:

Herbert T. Birckner (SEAL)
(as to both) Herbert T. Birckner

Warren Adams (SEAL)
Warren Adams

STATE OF MARYLAND,
COUNTY OF PRINCE GEORGE'S, to wit:

I HEREBY CERTIFY that on this 26th day of February, 1974, before the undersigned officer, a notary public in and for the State and County aforesaid, personally appeared Herbert T. Birckner and Warren Adams, known to me to be the persons whose names are subscribed to the within instrument and did acknowledge that they executed the same for the purposes therein contained, and signed the same in my presence.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Notary Public, Maryland

LYNDA S. DIEHL NOTARY PUBLIC PRINCE GEORGES CO. MD.

My Commission Expires: July 1, 1974.

FISHER & WALCEK

4340 536

TRANSFERRED
MAR 8 1974
By [signature] Clerk
TRANSFER OFFICE

Taxes levied and on record as of this date
MAR 8 1974 [initials]
have been paid
DIRECTOR OF FINANCE
PRINCE GEORGES COUNTY, MD

THIS DEED

Herbert T. Birckner and
Warren Adams

To

Intra-Faith Christian Fellowship,
Incorporated

Please mail to:
Intra-Faith Christian Fellowship,
Incorporated

Mail To:
FISHER & WALCEK
ATTORNEYS AT LAW
8410 INDIAN HEAD HIGHWAY
OXON HILL, MARYLAND 20021

Received for record on the 8
Day of March A.D. 1974
and the same day recorded in Liber
No. ........ at Folio ........ &c.
one of the ........ Records
of Prince George's County, Maryland
W. Waverly Webb
Clerk of the Circuit Court.

William C., Alice H. &
John R. Gibons
to
Clarence B. Crowe and
Annie Crowe

State Tax $0.50 U.S. Rev. 50¢

Grantee 2602 Hampden St Baltimore Md. Feb. 24, 1941

# This Deed,

*Made this* 4th *day of* January *in the year of our Lord one thousand nine hundred and* forty one *by and between* William C. Gibons and Alice H. Gibons, his wife, and John R. Gibons, not married, *of* Washington, D. C.

*part* ies *of the first part, and* Clarence B. Crowe and Annie Crowe, his wife, *of* Allentown, Md. *part* ies *of the second part*

**Witnesseth,** *that in consideration of* five hundred dollars ($500.00)

*the said part* ies *of the first part do grant and convey unto* Clarence B. Crowe and Annie Crowe, his wife, *part* ies *of the second part,* their *heirs and assigns, in fee simple, all* that *piece or parcel of ground situate, lying and being in* Surratts District, Prince George's *County State of Maryland, being* a part of *the same land which the said part* ies *of the first part* William C. Gibons, Alice H. Gibons and John R. Gibons *obtained from* Cleveland R. Bealmear et al. *by deed dated the* 23rd *day of* April *19* 36 *, recorded in the Land Records of* Prince George's County, Md. *in Liber* 443 *at folio* 361

~~and being described as follows:~~

Being that part of lot seven (7) in Oak Lawn subd. described as follows:

Beginning at the corner stake between lots 6 and 7 set on the side of the Broad Creek-Upper Marlboro Road; thence along the boundary of lot 6, South 31 deg. East, 1357 ft. to the boundary of lot 34; thence along the boundary of lot 34, South 67 deg. 15 min. West, 136.5 ft; thence leaving the outline of lot 7 and running North 31 deg. West, 1312.5 ft. to the side of the aforesaid Broad Creek-Upper Marlboro Road; thence along the side of the said road and with the outline of lot 7, North 48 deg. 45 min. East, 137 ft. to the point of beginning, containing four and fifteen hundredths (4.15) acres, more or less.

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) 587, p. 0483, MSA_CE64_673. Date available 07/30/2004. Printed 09/24/2014.

**Together,** with the building and improvements thereupon, erected, made or being; and all and every, the rights, alleys, ways, waters, privileges, appurtenances, and advantages, to the same belonging or in anywise appertaining.

**To Have and to Hold,** the herein described piece or parcel of ground and premises above described or mentioned, and hereby intended to be conveyed, together with the rights, privileges, appurtenances, and advantages thereto belonging or appertaining unto and to the only proper use, benefit and behoof forever of the said Clarence B. Crowe and Annie Crowe, his wife, their heirs and assigns, in fee simple.

This conveyance is subject to the following restrictions to run with the land.

1. No sale or lease to be made to any person or persons of negro race.

2. No hogs to be kept on the premises.

This conveyance is also subject to a mortgage of even date herewith given to secure a purchase money indebtedness in the amount of two hundred eighty seven dollars ($287.00) owing to the parties of the first part by the parties of the second part.

**And** the said parties of the first part covenant that they will warrant specially and generally the property hereby conveyed; that they are well seized of the land hereby conveyed; that they have a right to convey said land; that the said parties of the second part shall quietly enjoy said land; that they have done no act to encumber said land; and that they will execute such further assurances of said land as may be requisite.

**Witness** our hands and seals

TEST:

Robert J. Kelley
as to 3

William C. Gibons (SEAL)
Alice H. Gibons (SEAL)
John R. Gibons (SEAL)

DISTRICT OF COLUMBIA } ss:

**I Hereby Certify** that on this 4th day of January 19 41, before the subscriber, a notary public in and for the District of Columbia personally appeared William C. Gibons and Alice H. Gibons, his wife, and John R. Gibons, not married, and did each acknowledge the aforegoing Deed to be their act.

**In Testimony Whereof,** I have affixed my official seal this 4th day of January A. D. 19 41.

(Notary Seal)

Robert J. Kelley
Notary Public

Enrolled January 13, 1941, at 11:52 A. M.

PRINCE GEORGE'S COUNTY CIRCUIT COURT (Land Records) 587, p. 0484, MSA_CE64_573. Date available 07/30/2004. Printed 08/29/2014.

5858 282 7060

This form is used in connection with deeds of trust insured under the one- to four-family provisions of the National Housing Act.

# DEED OF TRUST

THIS DEED, made this 23 day of February, 19 84, by and between Lawrence E. Dean, Lily Ann Brown-Garrett married, unmarried party of the first part and Allan Lang, Marvin R. Lang, Trustee, as hereinafter set forth, party of the second part:

WHEREAS, the party of the first part is justly indebted unto Standard Federal Savings and Loan Association, a corporation organized and existing under the laws of The United States, in the principal sum of Ninety-Two Thousand Five Hundred Seventeen and 00/100 Dollars ($92,517.00), with interest from date at the rate of Twelve and One-Half per centum (12.50 %) per annum on the unpaid balance until paid, for which amount the said party has signed and delivered a certain promissory note bearing even date herewith and payable in monthly installments of Nine Hundred Eighty-Eight and 08/100 Dollars ($988.08), commencing on the first day of April, 19 84, and on the first day of each month thereafter until the principal and interest are fully paid, except that the final payment of principal and interest, if not sooner paid, shall be due and payable on the first day of March, 2014.

AND WHEREAS, the party of the first part desires to secure the prompt payment of said debt, and interest thereon, when and as the same shall become due and payable, and all costs and expenses incurred in respect thereto, including reasonable counsel fees incurred or paid by the said party of the second part or substituted Trustee, or by any person hereby secured, on account of any litigation at law or in equity which may arise in respect to this trust or the property hereinafter mentioned, and of all money which may be advanced as provided herein, with interest on all such costs and advances from the date thereof.

NOW, THEREFORE, THIS INDENTURE WITNESSETH, that the party of the first part, in consideration of the premises, and of one dollar, lawful money of the United States of America, to Lawrence E. Dean, Lily Ann Brown-Garrett in hand paid by the party of the second part, the receipt of which, before the sealing and delivery of these presents, is hereby acknowledged, has granted and conveyed, and does hereby grant and convey unto the party of the second part, as Trustee, its successors and assigns, the following-described land and premises, situated in the County of Prince George's and State of Maryland, known and distinguished as

LEGAL DESCRIPTION - SEE ATTACHED SCHEDULE "A"

Also together with each and every of the interior and exterior improvements or fixtures movable or immovable of every kind and description in and upon said land and premises or used in connection threwith and all additions and replacements thereto, including, without limitation, the following described items, all of which shall be deemed to be fixtures and a part of the realty covered by this Deed of Trust: Range/Oven, Refrigerator, Dishwasher, W/W Carpet, Central Air Conditioning.

THIS IS TO CERTIFY that this Instrument was prepared by the undersigned, one of the parties to the within Instrument.

STANDARD FEDERAL SAVINGS AND LOAN ASSOCIATION

BY: Donna Tavenner (signature)
Donna Tavenner, Assistant Vice President

together with all the improvements in anywise appertaining, and all the estate, right, title, interest, and claim, either at law or in equity, or otherwise however, of the party of the first part, of, in, to, or out of the said land and premises.

By the execution of this instrument, Mortgagors, Grantors or parties of the first part (whichever applies) certify and acknowledge that prior thereto they have received both a fully executed agreement as to the contractual rate of interest and a loan disclosure statement in connection with the loan secured hereby both as required by Article 49 of the Annotated Code of Maryland.

TO HAVE AND TO HOLD the said property and improvements unto the party of the second part, its successors and assigns in Fee Simple

IN AND UPON THE TRUSTS, NEVERTHELESS, hereinafter declared; that is to say: IN TRUST to permit said party of the first part, or assigns, to use and occupy the said described land and premises, and the rents, issues, and profits thereof, to take, have, and apply to and for their sole use and benefit, until default be made in the payment of any manner of indebtedness hereby secured or in the performance of any of the covenants as hereinafter provided.

AND upon the full payment of all of said note and the interest thereon, and all moneys advanced or expended as herein provided, and all other proper costs, charges, commissions, half-commissions, and expenses, at any time before the sale hereinafter provided for to release and reconvey the said described premises unto the said party of the first part or assigns, at their cost. Prior to the execution and delivery of any partial or complete release, each trustee shall be entitled to charge and receive a fee of $5.00, plus 50 cents for Notary's fee, for each release. The right to charge and receive said fee shall be limited to two Trustees.

STATE OF MARYLAND
HUD 92127M (10-79)

[illegible] Form [illegible] Supply [illegible]

AND UPON THIS FURTHER TRUST, upon any default made in the payment of the said note or of any monthly installment of principal and interest as therein provided, or in the payment of any of the monthly sums for ground rents, if any, taxes, special assessments, mortgage insurance, fire and other hazard insurance, all as hereinafter provided, or upon any default in payment on demand of any money advanced by the holder of said note on account of any proper cost, charge, commission, or expense in and about the same, or on account of any tax or assessment or insurance, or expense of litigation, with interest thereon at the rate set forth in the note secured hereby from date of such advance (it being hereby agreed that on default in the payment of any ground rent, tax, or assessment, or insurance premium or any payment on account thereof, or in the payment of any of said cost, expense of litigation, as aforesaid, the holder of said note may pay the same and all sums so advanced with interest as aforesaid, shall immediately attach as a lien hereunder, and be payable on demand), or upon failure or neglect faithfully and fully to keep and perform any of the other conditions or covenants herein provided, then upon any and every such default being so made as aforesaid, the said party of the second part, or the Trustee acting in the execution of this trust, shall have power and it shall be their duty to sell, and in case of any default of any purchaser, to resell, at public auction, for cash, in one parcel at such time and place, and after such previous public advertisement as the party of the second part, or the Trustee acting in the execution of this trust, shall deem advantageous and proper, and to convey the same in fee simple, upon compliance with the terms of sale, to, and at the cost of, the purchaser or purchasers thereof, who shall not be required to see to the application of the purchase money, and shall apply the proceeds of said sale or sales: Firstly, to pay all proper costs, charges, and expenses, including all attorneys' and other fees and costs herein provided for, and all moneys advanced for costs or expenses, or expense of litigation as aforesaid, or taxes or assessments, or insurance with interest thereon as aforesaid, and all taxes, general and special, and assessments, due upon said land and premises at time of sale and to retain as compensation a commission of one per-centum (1%) on the amount of the said sale or sales; Secondly, to pay whatever may then remain unpaid of said note, whether the same shall be due or not, and the interest thereon to date of payment, it being agreed that said note shall, upon such sale being made before the maturity of said note, be and become immediately due and payable at the election of the holder thereof; and, Lastly, to pay the remainder of said proceeds, if any there be, to the party of the first part, their heirs, executors, administrators, or assigns, upon the delivery and surrender to the purchaser, his, her, or their heirs or assigns of possession of the premises so, as aforesaid, sold and conveyed, less the expense, if any, of obtaining possession.

AND in the event of the resignation, death, incapacity, disability, removal, or absence from the State of any Trustee or Trustees, or should either refuse to act or fail to execute this Trust when requested, then any other Trustee shall have all the rights, powers, and authority and be charged with the duties that are hereby conferred or charged upon both; and in such event, or at the option of the holder of the note and with or without cause, the holder of the note is hereby authorized and empowered to appoint, and to substitute and appoint, by an instrument recorded wherever this Deed of Trust is recorded, a Trustee in the place and stead of any Trustee herein named or any succeeding or substitute Trustee, which appointed and Substitute Trustee or Trustees shall have all the rights, powers, and authority and be charged with all the duties that are conferred or charged upon any Trustee or Trustees herein named.

AND the party of the first part, in order more fully to protect the security of this Deed of Trust, covenants and agrees as follows:

1. That he will pay the indebtedness, as hereinbefore provided. Privilege is reserved to pay the debt in whole, or in an amount equal to one or more monthly payments on the principal that are next due on the note, on the first day of any month prior to maturity; *Provided, however*, That written notice of an intention to exercise such privilege is given at least thirty (30) days prior to prepayment.

2. That, together with, and in addition to, the monthly payments of principal and interest, payable under the terms of the note secured hereby, he will pay to the holder of the said note, on the first day of each month until the said note is fully paid, the following sums:

(a) A sum equal to the ground rents, if any, and the taxes and special assessments next due on the premises covered by this Deed of Trust, plus the premiums that will next become due and payable on policies of fire and other hazard insurance on the premises covered hereby (all as estimated by the holder of the note) less all sums already paid therefor, divided by the number of months to elapse before 1 month prior to the date when such ground rents, premiums, taxes, and assessments will become delinquent, such sums to be held by Mortgagee in trust to pay said ground rents, premiums, taxes, and special assessments, before the same become delinquent; and

(b) All payments mentioned in the two preceding subsections of this paragraph and all payments to be made under the note secured hereby shall be added together and the aggregate amount thereof shall be paid by the party of the first part each month in a single payment to be applied by the holder of the note to the following items in the order set forth:

(I) ground rents, if any, taxes special assessments, fire and other hazard insurance premiums;

(II) interest on the note secured hereby, and

(III) amortization of the principal of the said note.

Any deficiency in the amount of any such aggregate monthly payment shall, unless made good by the party of the first part prior to the due date of the next such payment, constitute an event of default under this Deed of Trust. The holder of the note may collect a "late charge" not to exceed four cents (4¢) for each dollar ($1) of each payment more than fifteen (15) days in arrears to cover the extra expense involved in handling delinquent payments, but in no event shall such "late charge" exceed the limitations imposed by Article 49 of the Annotated Code of Maryland as of the date hereof.

3. That if the total of the payments made by the party of the first part under (a) paragraph 2 preceding shall exceed the amount of payments actually made by the holder of the note for ground rents, taxes or assessments or insurance premiums, as the case may be, such excess, if the loan is current, at the option of the party of the first part, shall be credited on subsequent payments to be made by the party of the first part, or refunded to the party of the first part. If, however, the monthly payments made by the party of the first part under (a) of paragraph 2 preceding shall not be sufficient to pay ground rents, taxes, and assessments, and insurance premiums, as the case may be, when the same shall become due and payable, then the party of the first part shall pay to the holder of said note any amount necessary to make up the deficiency, on or before the date when payment of such ground rents, taxes, assessments, or insurance premiums shall be due. If at any time the party of the first part shall tender to the holder of said note, in accordance with the provisions thereof, full payment of the entire indebtedness represented thereby, the said holder shall, in computing the amount of such indebtedness, credit to the account of the party of the first part any balance remaining in the funds accumulated under the provisions of (a) of paragraph 2 hereof. If there shall be a default under any of the provisions of this Deed of Trust resulting in a public sale of the premises covered hereby, or if the holder of the note acquires the property otherwise after default, the holder of the note shall apply, at the time of the commencement of such proceedings, or at the time the property is otherwise acquired, the balance then remaining in the funds accumulated under (a) of paragraph 2 preceding, as a credit against the amount of principal then remaining unpaid under said note.

4. That he will pay all taxes, assessments, water rates and other governmental or municipal charges, fines or impositions, and costs, expenses and charges of attorneys for services in any legal proceeding wherein Trustee shall be made a party by reason of this Deed of Trust, and ground rents, for which provision has not been made hereinbefore, and will promptly deliver the official receipts therefore to the holder of the note; and in default of such payment by the party of the first part, the holder of the note may pay the same, and any sum or sums so paid by the holder of the note shall be added to the debt hereby secured, shall be payable on demand, shall bear interest at the rate set forth in the note secured hereby and shall be secured by this Deed of Trust.

5. That he will keep the said premises in as good order and condition as they are now and will not commit or permit any waste thereof, reasonable wear and tear excepted.

5853 231

**SCHEDULE A**

Containing 2.0000 acres as more fully described as follows:
**PARCEL A:** Being a part of Lot 8, Oak Lawn Subdivision recorded in Plat Book
S.D.H. 4 at Page 63 among the Land Records of Prince George's County,
Maryland (9th Election District) and being more particularly described
as follows: Beginning at an iron pipe on the Southeasterly right of
way line of Allentown Road as shown on Prince George's County Right
of Way Plat Number 591, said pipe also being on the line of division
between Lots 8 and 9, Oak Lawn Subdivision (S.DH. 4, Page 63):
thence running with the Southeasterly right of way line of Allentown
Road, 30 feet from the baseline thereof, as shown on said Plat Number
591, N. 42 deg. 16 min. 41 sec. E, 203.40 feet to a p.k. nail set
inthe centerline of a 50 foot right of way (Liber 2872, folio 353)
25 feet on each side of the property line dividing lots number 7
and 8 (Plat Book SDH 4 at Page 63), thence running with the line of
division between Lots 7 and 8, Oak Lawn Subdivision and the centerline
of said right of way S 38 deg. 28 min. 40 sec. E, 450.28 feet to a
railroad spike, thence leaving said right of way and running through
Lot 8 on a line now being established. S 51 deg. 31 min. 20 sec.
W, 200.76 feet to an iron pipe; thence running with the line of
division between Lots 8 and 9, Oak Lawn Subdivision. N. 38 deg. 28
min.40 sec. W. 417.60 feet to the point of beginning.

Containing 2.1776 acres as more fully described as follows:
**PARCEL B:** Being a part of Lot 8, Oak Lawn Subdivision, recorded in Plat Book
S.D.H. 4 at page 63, among the Land Records of Prince George's County,
Maryland (9th Election District) and being more particularly described
as follows: Beginning at an iron pipe on the Easternmost corner of
Lot 8 and running on the division line between Lot 8 and Lot 15,
South 60° 03' 00" West 203.00 feet to an iron pipe; thence on the
division line between Lot 8 and 9, North 38° 28' 40" West 457.45
feet to an iron pipe; thence through Lot 8 on a line now being
established, North 51° 31' 20" East 200.76 feet to a railroad spike,
thence on a division line between Lot 8 and Lot 7; also being the
centerline of a 50 foot Right of Way (recorded in Liber 2872, folio
353), South 38° 28' 40" East 487.55 feet to the point of beginning.
Liber 2872, folio 353), South 38° 28' 40" East 487.55 feet to the
point of beginning.

6858 265

6. That he will keep the improvements now existing or hereafter erected on the said premises insured as may be required from time to time by the holder of the note against loss by fire and other hazards, casualties and contingencies in such amounts and for such periods as may be required by the holder of the note and will pay promptly, when due, any premiums on such insurance provision for payment of which has not been made hereinbefore. All insurance shall be carried in companies approved by the holder of the note and the policies and renewals thereof shall be held by the holder of the note and have attached thereto loss payable clauses in favor of and in form acceptable to the holder of the note. In event of loss he will give immediate notice by mail to the holder of the note, who may make proof of loss if not made promptly by the party of the first part, and each insurance company concerned is hereby authorized and directed to make payment for such loss directly to the holder of the note instead of to the party of the first part and the holder of the note jointly, and the insurance proceeds, or any part thereof, may be applied by the holder of the note at its option either to the reduction of the indebtedness hereby secured or to the restoration or repair of the property damaged. In event of foreclosure of this Deed of Trust or other transfer of title to the said premises in extinguishment of the indebtedness secured hereby, all right, title, and interest of the party of the first part in and to any insurance policies then in force shall pass to the purchaser or grantee.

7. The party of the first part further agrees that should this Deed of Trust and the note secured hereby not be eligible for insurance under the National Housing Act within ninety-days from the date hereof (written statement of any officer of the Department of Housing and Urban Development or authorized agent of the Secretary of Housing and Urban Development dated subsequent to the ninety-days time from the date of this Deed of Trust, declining to insure said note and this Deed of Trust, being deemed conclusive proof of such ineligibility), the party of the second part or the holder of the note may, at its option, declare all sums secured hereby immediately due and payable. This option may not be exercised by the mortgagee when the ineligibility for insurance under the National Housing Act is due to the mortgagee's failure to remit the mortgage insurance premium to the Department of Housing and Urban Development.

8. That in the said property shall be advertised for sale, as herein provided, and not sold, the Trustee or Trustees acting shall be entitled to one-half (½) the commission above provided, to be computed on the amount of the debt hereby secured, and the same is hereby secured in like manner as other charges and expenses attending the execution of this trust, and shall bear full legal interest.

9. That if the premises, or any part thereof, be condemned under any power of eminent domain, or acquired for a public use, the damages, proceeds, and the consideration for such acquisition, to the extent of the full amount of indebtedness upon this Deed of Trust, and the note secured hereby remaining unpaid, are hereby assigned by the party of the first part to the holder of the note secured hereby and shall be paid forthwith to said holder to be applied by it on account of the indebtedness secured hereby, whether due or not.

10. That if any suit, action, or proceeding whatsoever shall be commenced or prosecuted for the collection of the note, or any part of the note, or for the enforcement of any endorsement or endorsements thereof, or any other matters hereby secured, or in reference to the execution of the trust hereby created, or any of the trust or property of funds which may become part thereof, he will pay all costs and charges and expenses of the same, including all counsel and attorney's fees and charges, which shall also be deemed a charge attending the execution of this trust, be secured hereby as such and bear interest at the rate set forth in the note secured hereby.

11. That he specially warrants the property herein conveyed and that he will execute such further assurances thereof as may be required.

The covenants herein contained shall bind, and the benefits and advantages shall inure to, the respective heirs, executors, administrators, successors, and assigns of the parties hereto. Whenever used the singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

WITNESS the signature(s) and seal(s) of the part of the first part on the day and year first above written.

Witness: Robert M. Carney [signature] As to both

[signature] [SEAL]
Laurence E. Dean

[signature] [SEAL]
Lily Ann Brown-Garrett

[SEAL]

[SEAL]

STATE OF MARYLAND, Prince George's County to wit:

I HEREBY CERTIFY, that on this the 23 day of February, 1984, before me, a Notary Public of the State of Maryland, the undersigned officer, personally appeared Laurence E. Dean, Lily Ann Brown-Garrett

known to me (or satisfactorily proven) to be the person(s) whose name(s) is (are) subscribed to the within instrument and acknowledged that they executed the same for the purposes therein contained.

At the same time, also personally appeared Mary A. Ziepolt [signature] Mary A. Ziepolt the Agent of the party secured by the aforegoing deed of trust, and made oath in due form of law that the consideration of said deed of trust is true and bona fide as herein set forth; [illegible] the [illegible] paid over and disbursed by the party secured hereby unto the within named party of the first part or the person responsible for disbursement of funds in the closing transaction or their respective agent at a time no later than the final and complete execution of this deed of trust; and he further made oath that he is the agent of the party secured by the aforegoing deed of trust and as such is duly authorized to make this affidavit.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

**actual sum of money advanced at the closing transaction by the party secured was

[signature]
Notary Public

My commission expires: 7/1/86

RECEIVED FOR RECORD on the day of A.D. 19 , at o'clock M. and recorded in Liber No. at Folio one of the Land Records. Examined by

Recorder

RETURN TO:
UNIVERSAL SETTLEMENTS, INC.
P.O. Box 3682
Langley Park, MD 20787

Circuit Court of Maryland

Go Back

**Case Information**

Court System: **Circuit Court for Prince George's County - Civil System**
Case Number: **FL14-0533**
Case Description: **USA vs Jones**
Case Type: **Lien/Judgment**
Filing Date: **05/22/2014**
Case Status: **Active Status**

**Plaintiff/Petitioner Information**

Party Type: **Plaintiff** Party No.: **1**
Name: **IRS - Internal Revenue Service**
Address:
City: State: Zip Code:

**Defendant/Respondent Information**

Party Type: **Defendant** Party No.: **2**
Name: **Perry T Jones**
Address:
City: State: Zip Code:

**Judgment Information**

*(Each Judgment is displayed separately.)*

Judgment Date: **05/22/2014** Status Date: **05/22/2014**
Status **Entered** Amount: **$89334.79**
Against: **PerryTJones**

**Dockets**

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*

Date: **05/22/2014**
Document Name: **CaseType: Federal Tax Lien**
Docket Text:

Date: **05/22/2014**
Document Name: **Federal Lien Judgment, Fd**
Docket Text: **Lien and Judgment entered in favor of United States of America and against Defendant in the amount of $ 89,334.79 , fd 397/amh**

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

DISTRICT COURT OF MARYLAND

Go Back

## Case Information

Court System: **DISTRICT COURT FOR BALTIMORE CITY - CIVIL SYSTEM**
Case Number: **010100149222004** Claim Type: **CONTRACT**
District/Location Codes: **01 / 01** Filing Date: **04/23/2004** Case Status: **ACTIVE**

## Complaint, Judgment, and Related Persons Information

*(Each Complaint, Hearing, Judgment is listed separately, along with each Related Person)*

### *Complaint Information*

Complaint No: **001 (BALTIMORE GAS & ELECTRIC CO)** Vs: **(JONES, ROSE ETTA )**
Type: **REGULAR CLAIM**
Complaint Status: **JUDGMENT IN FAVOR OF PLAINTIFF ENTERED**
Status Date: **06/30/2004** Filing Date: **04/23/2004** Amount **$1806.02** Last Activity Date: **08/13/2004**

### *Judgment Information*

Judgment Type: **AFFIDAVIT JUDGMENT ENTERED** Judgment Date: **06/28/2004**
Judgment Amount: **$1,806.02** Judgment Interest: **$0.00** Costs: **$20.00** Other Amounts: **$0.00**
Attorney Fees: **$0.00** Post Interest Legal Rate: **X** Jointly and Severally: In Favor of Defendant:
Possession Of Property Claimed valued At: **$0.00** Is Awarded To The: Together With Damages Of: **$0.00**
Value Of Property Sued For: **$0.00** Plus Damages Of: **$0.00** Is Awarded To The: Dismissed With Prejudice:
Replevin/Detinue Amount: **$0.00**
Recorded Lien Date: **06/30/2004** Judgment renewed Date:
Renewed Lien Date: Satisfaction Date:

### *Related Person Information*

Name: **CANTER, RONALD S ESQ**
Connection to Complaint: **ATTORNEY FOR PLAINTIFF**
Address: **702 KING FARM BLVD.**
City: **ROCKVILLE** State: **MD** Zip Code: **20850-5775**
If Person is Attorney: Attorney Code: **000230** Attorney's Firm: **WOLPOFF & ABRAMSON**

Name: **JONES, ROSE ETTA**
Connection to Complaint: **DEFENDANT**
Address: **2502 W BALTIMORE ST**
City: **BALTIMORE** State: **MD** Zip Code: **21223-2054**

Name: **BALTIMORE GAS & ELECTRIC CO**
Connection to Complaint: **PLAINTIFF**
Address: **LIBERTY AND LEXINGTON STREETS**
City: **BALTIMORE** State: **MD** Zip Code: **21201**

### *Case History Information*

*(Each Event listed for the case is listed below in chronological order)*

Type: **INITIAL CASE FILING** Complaint No.:
Date: **04/23/2004** Comment: **INITIAL AFFIDAVIT CASE FILING**

Type: **TRIAL** Complaint No.:
Date: **04/26/2004** Comment: **TRIAL SET FOR: 06282004;TIME: 0830A;LOC:01;ROOM:00**

Type: **NOTICE SENT** Complaint No.: **001**

DISTRICT COURT OF MARYLAND

Go Back

## Case Information

Court System: **DISTRICT COURT FOR BALTIMORE CITY - CIVIL SYSTEM**
Case Number: **010100039622008** Claim Type: **CONTRACT**
District/Location Codes: **01 / 01** Filing Date: **01/31/2008** Case Status: **ACTIVE**

## Complaint, Judgment, and Related Persons Information

*(Each Complaint, Hearing, Judgment is listed separately, along with each Related Person)*

### *Complaint Information*

Complaint No: **001 (SINAI HOSPITAL OF BALTIMOR INC) Vs: (JONES, ROSE E )**
Type: **REGULAR CLAIM**
Complaint Status: **JUDGMENT IN FAVOR OF PLAINTIFF ENTERED**
Status Date: **06/27/2008** Filing Date: **01/31/2008** Amount **$891.13** Last Activity Date: **06/27/2008**

### *Judgment Information*

Judgment Type: **AFFIDAVIT JUDGMENT ENTERED** Judgment Date: **06/25/2008**
Judgment Amount: **$891.13** Judgment Interest: **$185.45** Costs: **$75.00** Other Amounts: **$0.00**
Attorney Fees: **$0.00** Post Interest Legal Rate: **X** Jointly and Severally: In Favor of Defendant:
Possession Of Property Claimed valued At: **$0.00** Is Awarded To The: Together With Damages Of: **$0.00**
Value Of Property Sued For: **$0.00** Plus Damages Of: **$0.00** Is Awarded To The: Dismissed With Prejudice:
Replevin/Detinue Amount: **$0.00**
Recorded Lien Date: **06/27/2008** Judgment renewed Date:
Renewed Lien Date: Satisfaction Date:

### *Related Person Information*

Name: **DICKERSON, RAHSAAN**
Connection to Complaint: **ATTORNEY FOR PLAINTIFF**
Address: **702 KING FARM BLVD.**
City: **ROCKVILLE** State: **MD** Zip Code: **20850-5775**
If Person is Attorney: Attorney Code: **007338** Attorney's Firm: **WOLPOFF & ABRAMSON**

Name: **JONES, ROSE E**
Connection to Complaint: **DEFENDANT**
Address: **3117 SEQUOIA AVENUE**
City: **BALTIMORE** State: **MD** Zip Code: **21215**

Name: **SINAI HOSPITAL OF BALTIMOR INC**
Connection to Complaint: **PLAINTIFF**
Address: **A CORPORATION**
Address: **GREENSPRING AT BELVEDERE**
City: **BALTIMORE** State: **MD** Zip Code: **21215**

### *Case History Information*

*(Each Event listed for the case is listed below in chronological order)*

Type: **INITIAL CASE FILING** Complaint No.:
Date: **01/31/2008** Comment: **INITIAL AFFIDAVIT CASE FILING**

Type: **TRIAL** Complaint No.:
Date: **02/01/2008** Comment: **TRIAL SET FOR: 04162008;TIME: 1200P;LOC:01;ROOM:007**

DISTRICT COURT OF MARYLAND

Go Back

## Case Information

Court System: **DISTRICT COURT FOR HOWARD COUNTY - CIVIL SYSTEM**
Case Number: **100100025772000** Claim Type: **REPLEVIN**
District/Location Codes: **10 / 01** Filing Date: **06/07/2000** Case Status: **CLOSED**

## Complaint, Judgment, and Related Persons Information

*(Each Complaint, Hearing, Judgment is listed separately, along with each Related Person)*

### Complaint Information

Complaint No: **001 (CONSUMER PORTFOLIO SERVICES) Vs: (JONES, ROSEMARY E )**
Type: **REGULAR CLAIM**
Complaint Status: **JUDGMENT IN FAVOR OF PLAINTIFF ENTERED**
Status Date: **08/07/2000** Filing Date: **06/07/2000** Amount **$0** Last Activity Date: **09/06/2012**

### Judgment Information

Judgment Type: **DEFAULT JUDGMENT ENTERED** Judgment Date: **08/07/2000**
Judgment Amount: **$4,775.00** Judgment Interest: **$0.00** Costs: **$65.00** Other Amounts: **$0.00**
Attorney Fees: **$0.00** Post Interest Legal Rate: **X** Jointly and Severally: In Favor of Defendant:
Possession Of Property Claimed valued At: **$0.00** Is Awarded To The: Together With Damages Of: **$0.00**
Value Of Property Sued For: **$0.00** Plus Damages Of: **$0.00** Is Awarded To The: Dismissed With Prejudice:
Replevin/Detinue Amount: **$0.00**
Recorded Lien Date: Judgment renewed Date:
Renewed Lien Date: Satisfaction Date:

### Related Person Information

Name: **STEINBERG, DAVID I**
Connection to Complaint: **ATTORNEY FOR PLAINTIFF**
Address: **8630 FENTON ST.,STE 320**
City: **SILVER SPRING** State: **MD** Zip Code: **20910**
If Person is Attorney: Attorney Code: **003581** Attorney's Firm: **DAVID I STEINBERG & ASOC**

Name: **JONES, ROSEMARY E**
Connection to Complaint: **DEFENDANT**
Address: **7654 STONEY CREEK LANE**
City: **ELLICOTT CITY** State: **MD** Zip Code: **21043**

Name: **FIRST UNION BANK**
Connection to Complaint: **PROPERTY GARNISHEE**
Address: **375 NORTH CENTER STREET**
City: **WESTMINSTER** State: **MD** Zip Code: **21157**

Name: **COMMANDO CANINE**
Connection to Complaint: **WAGE GARNISHEE**
Address: **CPT. HOLSTON, PAYROLL MGR.**
Address: **7701 WOODYARD ROAD**
City: **CLINTON** State: **MD** Zip Code: **20735**

Name: **CONSUMER PORTFOLIO SERVICES**
Connection to Complaint: **PLAINTIFF**
Address: **UNKNOWN**
City: **UNKNOWN** State: **MD** Zip Code: **00000**

State of Maryland

# Register of W

| NEW SE

BACK TO SEARC

## Estate Record (Prince George's County)

Estate Number: **000000097920**
Status: **OPEN**
Date Closed:
Decedent Name: **ROSE EVA REBECCA JONES**
Date of Death: **9/28/2014**
Will:
Date of Probate:
Aliases:
Personal Reps: **DEON D JONES (Petitioner) [1417 4TH STREET, GLENARDEN, MD 20706]**
Attorney:

Type: **SE**
Date Opened: **10/02/2014**
Reference:
Date of Filing: **10/02/2014**
Date of Will: **10/08/2013**

Request Documents

**Docket History**

| Filed On | Docket# | Code | Description |
|---|---|---|---|
| 10/02/2014 | 1 | 1424 | PURPORTED LAST WILL AND TESTAMENT DATED OCTOBER 08, 2013 |
| 10/02/2014 | 2 | 1135 | WILL - NO ESTATE |
| 10/02/2014 | 3 | 1124 | INFORMATION REPORT |
| 10/09/2014 | 4 | 1103 | SMALL ESTATE PETITION FOR ADMINISTRATION |
| 10/09/2014 | 5 | 1104 | LIST OF INTERESTED PERSONS |
| 10/09/2014 | 6 | 1108 | ORDER APPOINTING PERSONAL REPRESENTATIVE OF A SMALL ESTATE |

Latest data as of: 11/7/2014 4:00:00 PM (rownetw

Directory

Privacy Notice

Terms Of Use

Georgia
Secretary of State
Corporations Division

Home

## SYNOVUS BANK Control Number: J716007

Main Reports Officers Filing History

**Entity Info**

**Entity Id** 731730

**Key Indicators**

| | |
|---|---|
| **Model Type** | Corporation |
| **Locale** | Domestic |
| **Qualifier** | For-Profit |
| **Business Name** | SYNOVUS BANK |
| **Registration Date** | 12/24/1988 |
| **Entity Status** | Active/Compliance |
| **Entity Status Date** | 6/02/2014 |
| **Foreign Name** | |
| **Date of Organization** | |
| **State** | Georgia |
| **Country** | |

**Principal Office Address**

PRINCIPAL

**Line1** 1111 Bay Avenue

**Line2** Suite 500

**City** COLUMBUS **State** Georgia **Zip** 31901

**Agent**

**Is non-commercial Registered Agent?** Yes

**Name** Deacon Service, LLC

**Address**

**Line1** 1111 Bay Avenue

**Line2** Suite 350

**City** Columbus **State** Georgia **Zip** 31901

**Email**

**Previous Names**

| Name Changed From | Name Changed To | Surviving Entity Id | Cancelled Entity Id | Effective Date | Due Date | File Number | Actions |
|---|---|---|---|---|---|---|---|

No Miscellaneous Filings were found.

Advanced Search

Each depositor insured to at least $250,000 per insured bank

Home > Industry Analysis > Bank Data & Statistics > Institution Directory Home

BankFind | Institution Directory | Search Banks | Locations | Bank Holding Companies | All | Download Data | Disclaimer and Methodology | Questions

Print this page

Key demographic information as of November 6, 2014

**Synovus Bank**
1111 Bay Avenue
Columbus, GA 31901

| | | | |
|---|---|---|---|
| FDIC Certificate #: | 873 | Date Established: | 1/1/1888 |
| Bank Charter Class: | Federal Reserve Non-member | Date of Deposit Insurance: | 1/1/1934 |
| Primary Federal Regulator: | Federal Deposit Insurance Corporation | | More Demographic Information |
| Primary Internet Web Address: | www.synovus.com | | Generate History |

Information Gateway

ID Report Selections: Assets and Liabilities

Report Date: June 30, 2014

Generate Report

More Information

- Current List of Offices
- Compare to Peer Group(s)
- FFIEC Call/TFR Report *9/30/2014 Latest Available*
- FFIEC Uniform Bank Performance Report (UBPR)
- FDIC/OTS Summary of Deposits
- Bank Holding Company Ownership and Affiliates
- Regional Economic Conditions (FDIC RECON)
- Organization Hierarchy from the Federal Reserve System
- FDIC CRA ratings
- Consumer Assistance from Primary Federal Regulator

Press for description

Home | Contact Us | Search | Help | SiteMap | Forms | En Español

Website Policies | Privacy Policy | Plain Writing Act of 2010 | USA.gov | FDIC Office of Inspector General

Freedom of Information Act (FOIA) Service Center | FDIC Open Government Webpage | No FEAR Act Data

Advanced Search

Each depositor insured to at least $250,000 per insured bank

Home > Industry Analysis > Bank Data & Statistics > Institution Directory Home

BankFind | Institution Directory | Search Banks | Locations | Bank Holding Companies | All | Download Data | Disclaimer and Methodology | Questions

Print this page

Key demographic information as of November 6, 2014

## The National Bank of South Carolina

One Broad Street
Sumter,SC 29150

| | | | |
|---|---|---|---|
| FDIC Certificate #: | 2111 | Date Established: | 2/17/1905 |
| Bank Charter Class: | National Bank | Date of Deposit Insurance: | 1/1/1934 |
| Primary Federal Regulator: | Office of the Comptroller of the Currency | | More Demographic Information |
| Primary Internet Web Address: | Web site not available. | | Generate History |

This is an Inactive Institution.

| | |
|---|---|
| Inactive as of: | June 1, 2010 |
| Closing history: | Merged without Assistance into |
| Acquiring institution: | Synovus Bank - (873) |

Information Gateway

ID Report Selections: Assets and Liabilities

Report Date: March 31, 2010

Generate Report

More Information

- Current List of Offices not available
- Compare to Peer Group(s)
- FFIEC Call/TFR Report *3/31/2010 Latest Available*
- FFIEC Uniform Bank Performance Report (UBPR)
- FDIC/OTS Summary of Deposits
- Bank Holding Company Ownership and Affiliates not available
- Regional Economic Conditions (FDIC RECON)
- Organization Hierarchy from the Federal Reserve System
- OCC CRA ratings
- Consumer Assistance from Primary Federal Regulator

Press ❶ for description

Advanced Search

Each depositor insured to at least $250,000 per insured bank

Home > Industry Analysis > Bank Data & Statistics > Institution Directory Home

BankFind | Institution Directory | Search: Banks | Locations | Bank Holding Companies | All | Download Data | Disclaimer and Methodology | Questions

Print this page

Key demographic information as of November 6, 2014

## Standard Federal Savings and Loan Association

1339 Main Street
Columbia,SC 29201

| | | | |
|---|---|---|---|
| FDIC Certificate #: | 33478 | Date Established: | 8/2/1991 |
| Bank Charter Class: | Savings Association | Date of Deposit Insurance: | 8/2/1991 |
| Primary Federal Regulator: | Office of Thrift Supervision | More Demographic Information | |
| Primary Internet Web Address: | Web site not available. | Generate History | |

**This is an inactive institution.**

**Inactive as of:** September 24, 1993
**Closing history:** Merged with Financial Assistance into
**Acquiring Institution:** The National Bank of South Carolina - (2111)

Information Gateway

**ID Report Selections:** Assets and Liabilities

**Report Date:** December 31, 1992

Generate Report

**More Information**

- Current List of Offices not available
- Compare to Peer Group(s)
- FFIEC Call/TFR Report not available
- FFIEC UBPR not available
- SOD Report not available
- Bank Holding Company Ownership and Affiliates not available
- Regional Economic Conditions (FDIC RECON)
- Organization Hierarchy from the Federal Reserve System
- OTS CRA ratings
- Consumer Assistance from Primary Federal Regulator

Press for description

Home | Contact Us | Search | Help | SiteMap | Forms | En Español
Website Policies | Privacy Policy | Plain Writing Act of 2010 | USA.gov | FDIC Office of Inspector General
Freedom of Information Act (FOIA) Service Center | FDIC Open Government Webpage | No FEAR Act Data

# TAX LIEN LAW GROUP, LLP

Attorneys At Law

27 North Wacker Drive #503
Chicago, Illinois 60606
Toll Free: (800) 689-5203
Fax: (240) 238-9241
Web: www.tllgrp.com

Attorneys admitted in:
AZ, IL, MD, DC, NE, CO, IA, OH, KY


| File # 92903 | Update Report | | |
|---|---|---|---|
| Current Owner's Name | JONES, PERRY T | Completed Date | 11/07/2014 |
| | | Index Date | 10/30/2014 |
| Property Address | 3425 GENNENE LN, Fort Washington, MD | Update from Date | 08/19/2014 |
| APN# / Parcel # | 09-0891226 | County | Howard |
| Update Notes: THIS PROPERTY IS IN TAX SALE | | | |

| Vesting Updates | | | |
|---|---|---|---|
| Grantee(s)/Deed Owner | n/a | Deed Date | |
| Grantor / Prior Owner | | Recorded Date | |
| Consideration Amount | | Instrument \| Book/Page# | |
| Sale Price | | Deed Type | |
| Notes: | | | |

| Open Mortgage Updates | | | |
|---|---|---|---|
| Borrower | n/a | Date Signed | |
| Lender | | Date Recorded | |
| Trustee | | Instrument \| Book/Page# | |
| Mortgage Type | | Original Amount | |
| Comments | | Mortgage Maturity Date | |
| Mortgage Assigned to | | Assignment Book/Pa | |
| Assignment Date | | Assignment Recorded | |
| Related Information: | | | |

| Judgments and Liens Updates | | | |
|---|---|---|---|
| Doc # or Case# or Bk/Pg | Description | Date Recorded | Amount |
| | n/a | | |
| | | | |

| Tax Year | Property Tax Status | | | | Date (Due \| Paid) | Amount |
|---|---|---|---|---|---|---|
| 2015 | DUE | | | | 11/30/2014 | $4,549.11 |
| | | | | | | $ |
| Prior Years Delinquent? | Yes; $5,600.52 | | | | | |
| | | | | | | |
| **Tax Year** | **Property Tax Assessed Value** | | | | **Home Exemp** | **Total Amount** |
| 2014 | Land | $101,800 | Improvements | $211,300 | $ | $$313,100.00 |

This title search report was performed in accordance with generally accepted standards. This report may ***not*** contain information affecting above real estate property that can not be indexed due to different spelling of owner's name or incorrectly recorded parcel number or recorder clerk error. The Report covers only liens of record found during the period of the search. Tax Lien Law Group is not responsible for any chain of title defects and chain of title breaks and only reports what's recorded in the public records.

# TAX LIEN LAW GROUP, LLP

**Attorneys At Law**

27 North Wacker Drive #503
Chicago, Illinois 60606
Toll Free: (800) 689-5203
Fax: (240) 238-9241
Web: www.tllgrp.com

Attorneys admitted in:
AZ, IL, MD, DC, NE, CO, IA, OH, KY


| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | **Additional Information or Documents** | | | | | |
| | | | | | | |

This title search report was performed in accordance with generally accepted standards. This report may ***not*** contain information affecting above real estate property that can not be indexed due to different spelling of owner's name or incorrectly recorded parcel number or recorder clerk error. The Report covers only liens of record found during the period of the search. Tax Lien Law Group is not responsible for any chain of title defects and chain of title breaks and only reports what's recorded in the public records.

Friday, November 07, 2014

# Property Tax Inquiry

**ACCOUNT SUMMARY**
**THIS ACCOUNT IS IN TAX SALE**

New Search

Click Here for Payment Instructions

**ACCOUNT NUMBER:** 0891226 **DISTRICT:** 09 **DATA AS OF:** 11/07/14 at 10:49:10

**OWNER:**
JONES PERRY T & ROSE E

**CARE OF:**

**PROPERTY ADDRESS:**
003425 GENNENE LN
FORT WASHINGTON MD 20744-0000

**MAILING ADDRESS:**
3425 GENNENE LN
FORT WASHINGTON, MD 20744-1828

**MORTGAGE:** UNKNOWN
**PROPERTY DESCRIPTION:** (TRS DT S/B 4/29/99)

| | | | | | |
|---|---|---|---|---|---|
| CONDO:PLAT | | PHASE | BLDG | UNIT | |
| SUBNAME: | OAK LAWN SUB-RESUB | | | LIBER/FOLIO: | 13032/072 |
| SECTION: | | | | LATEST DEED: | 05/06/1999 |
| LOT: | 390 | | | LAND: | 101,733.00 |
| BLOCK: | | | | IMPS: | 183,300.00 |
| ACREAGE: | 21995.000 F | | | ASSESSMENT: | 285,033.00 |
| OCCUPANCY: | PRINCIPAL RESIDENCE | | | | |

| | | | |
|---|---|---|---|
| ATTORNEY NAME: | GREGORY CARROLL | TAX SALE CODE: | P14 |
| ATTORNEY PHONE NUMBER: | (800)689-5203 | PURCHASER NAME: | SIX RIVERS LLC |
| RELEASE EXPIRATION DATE: | | BID AMOUNT: | 186,097.00 |
| EQUITY CASE NUMBER: | | | |
| BID PREMIUM: | 15,539.40 | | |

| Tax Year(s) | BASE | + | I & P | = | AMOUNT |
|---|---|---|---|---|---|
| FY14 TAX SALE REDEMPTION | 5,015.39 | | 585.13 | | 5,600.52 |
| FY15 | 4,476.63 | | 72.48 | | 4,549.11 |

**Amount due includes all taxes owed.**

| TOTAL AMOUNT DUE IF PAID IN | BASE | + | I & P | = | AMOUNT |
|---|---|---|---|---|---|
| NOV 2014 | 9,492.02 | | 657.61 | | 10,149.63 |
| DEC 2014 | 9,492.02 | | 777.44 | | 10,269.46 |

2013© Prince George's County, Maryland. All Rights Reserved