# Exhibit C

Attorney's Affidavit of Title Search

Tax Lien Law Group, LLP
27 North Wacker Drive, #503
Chicago, Illinois 60606
Ph: (800) 689-5203
Fax: (240) 238-9241
www.tllgrp.com

25104

**IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**
**CIVIL DIVISION**

| | |
|---|---|
| **Six Rivers, LLC,**<br>Plaintiff,<br>**Perry Tyrone Jones, et al.**<br>Defendants. | **Case No. ______________** |

## ATTORNEY'S AFFIDAVIT OF TITLE SEARCH

The undersigned do HEREBY CERTIFY:

That I am a practicing attorney duly licensed to practice law in the State of Maryland, that in compliance with the Annotated Code of Maryland and with the Maryland Rules, over 21 years of age, and competent to testify to all matters set forth herein, I have caused to be made a complete search of the records performed in accordance with generally accepted standards of title examination for the period of at least forty (40) years before the date of the filing of this Complaint in order to ascertain the interested parties of the Property described therein;
That the property is located in Prince George's County; that the property is known as 3425 GENNENE LN, FORT WASHINGTON, MD 20744 Property # 09-0891226 (as noted on the tax sale certificate); that all parties joined herein as parties Defendant appear of record to include all of owners of the unredeemed Property, secured parties, trustees, joint tenants or personal representatives, the County in which the Property described therein is located, and all unknown owners of the subject Property of the Complaint, their heirs, devisees, personal representatives, and executors, administrators, grantees, assigns or successors in right, title and interest and any and all persons having or claiming to have an interest in said Property; that the property is vested in the name of Jones Perry T; Jones Rose E as fee simple/leasehold title owner by reason of a deed dated the 3/1/1999, and recorded among the Land Records of Prince George's County, Liber/Folio 13032/72, named Defendant(s) in this matter; that the Plaintiff is pursuing ownership of the aforementioned Property through the tax sale referred to in the above-entitled Complaint; that all such parties shall be duly notified as required by Maryland Code §14-838; and further that the Finance Director and/or Collector of Taxes for Prince George's County, Maryland, has been duly notified of these proceedings pursuant to Maryland Code §14-839 (b).

Tax Lien Law Group, LLP
?7 North Wacker Drive, #503
Chicago, Illinois 60606
Ph: (800) 689-5203
Fax: (240) 238-9241
www.tllgrp.com

Respectfully submitted,

Dated: November 17, 2014

Gregory J. Carroll, Esquire
**TAX LIEN LAW GROUP, LLP**
27 North Wacker Drive #503
Chicago, Illinois 60606
Ph: (800) 689-5203
Fax: (240) 238-9241
Direct: gcarroll@tllgrp.com
Web: www.tllgrp.com
**ATTORNEYS FOR PLAINTIFF**

Subscribed and sworn before me on November 17, 2014

Notary Public

DAVID A. MARKS
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires April 12, 2015